ORDERED.

**Dated: September 03, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

**CASE NO. 8:26-bk-07442**

**GREAT SOUTHERN COPACKERS LLC** ***aka Great Southern Beverages,***

**CHAPTER 11**

***Subchapter V Election***

**Debtor.**
______________________________________/

**FIRST INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO USE CASH COLLATERAL AND NOTICE OF CONTINUED HEARING**
**[Continued Hearing: September 9, 2026, at 11:00 a.m. via Zoom Only]**

**THIS CASE** came on before the Court for an emergency preliminary hearing on August 27, 2026 at 10:00 a.m. (the "Hearing") upon the *Emergency Motion to Use Cash Collateral*, filed by **GREAT SOUTHERN COPACKERS LLC,** (the "Debtor") on August 25, 2026 (Doc. No. 14) (the "Motion"). Upon consideration of the Motion, and the arguments of counsel present at the Hearing, it is

**ORDERED:**

1. Interim Authorization Granted. The Motion is granted on an interim basis as provided herein.

2. Cash Collateral Authorization. Subject to the provisions of this order, the Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court; (b) the current and necessary expenses set forth in the budget attached as **Exhibit A** attached to the Motion**,** plus an amount not to exceed ten (10) percent for each line item; and (c) such additional amounts as may be expressly approved in writing by Climate First Bank. This authorization will continue through **September 9, 2026**, however, the parties may jointly agree to extend the authorization by submitting an agreed order reflecting such extension. Except as authorized in this order, the Debtor is prohibited from the use of cash collateral.

3. Debtor Obligations. The Debtor shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

4. Replacement Lien. Climate First Bank shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as the prepetition lien, without the need to file or execute any documents as may otherwise be required under applicable non-bankruptcy law.

5. Insurance. The Debtor shall maintain insurance coverage for its property in accordance with the obligations under all applicable loan and security documents.

6. Without Prejudice. This Order is without prejudice to: (a) any subsequent request by a party-in-interest for modified adequate protection or restrictions on use of Cash Collateral; or (b) any other right or remedy which may be available.

7. Enforcement. The Court shall retain jurisdiction to enforce the terms of this Order.

8. Continued Preliminary Hearing: A continued preliminary hearing on the Motion will be conducted on **September 9, 2026, at 11:00 a.m**. before the Honorable Luis Ernesto Rivera II, United States Bankruptcy Judge via Zoom Only.

###

Attorney Justin M. Luna is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

EXHIBIT “A”

# 4-Week Cash Flow Analysis

*Great Southern Copackers*

| Week Of | Week 1 | Week 2 | Week 3 | Week 4 |
|---|---|---|---|---|
| *Date Range* | *08/31-09/06/26* | *09/07-09/13/26* | *09/14-09/20/26* | *09/21-09/27/26* |
| **INPUTS (editable)** | | | | |
| Cash Inflow (per week) | $80,000 | $80,000 | $80,000 | $80,000 |
| Utilities | $8,000 | $8,000 | $8,000 | $8,000 |
| Materials | $18,000 | $18,000 | $18,000 | $18,000 |
| Insurance | $4,000 | $4,000 | $4,000 | $4,000 |
| Miscellaneous | $3,500 | $3,500 | $3,500 | $3,500 |
| Payroll (biweekly, wks 1 & 3) | $33,000 | - | $33,000 | - |
| Subchapter V Trustee Fee | - | - | - | $1,000 |

*Assumptions: figures per user; payroll ($33,000/2 wks) assumed to fall in Weeks 1 & 3 starting the first Monday. Edit yellow cells to adjust.*

| CASH FLOW STATEMENT | | | | |
|---|---|---|---|---|
| Beginning Cash Balance | $157,282 | | | |
| Cash Inflows | $80,000 | $80,000 | $80,000 | $80,000 |
| ***Cash Outflows*** | | | | |
| Utilities | $8,000 | $8,000 | $8,000 | $8,000 |
| Materials | $18,000 | $18,000 | $18,000 | $18,000 |
| Insurance | $4,000 | $4,000 | $4,000 | $4,000 |
| Miscellaneous | $3,500 | $3,500 | $3,500 | $3,500 |
| Payroll (biweekly, wks 1 & 3) | $33,000 | - | $33,000 | - |
| Subchapter V Trestee Fee | - | - | - | $1,000 |
| **Total Cash Outflows** | **$66,500** | **$33,500** | **$66,500** | **$34,500** |
| **Net Cash Flow (Weekly)** | **$13,500** | **$46,500** | **$13,500** | **$45,500** |
| **Ending Cash Balance** | **$170,782** | **$217,282** | **$230,782** | **$276,282** |