**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GREAT SOUTHERN COPACKERS LLC | ) | Case No. 8:26-bk-07442-LER |
| aka Great Southern Beverages, | ) | Chapter 11 (Subchapter V) |
| | ) | |
| Debtor. | ) | |
| _____________________________________/ | ) | |

**NOTICE OF PRELIMINARY HEARING**

**NOTICE IS GIVEN THAT:**

1. The Honorable Luis E. Rivera II will conduct a preliminary hearing in this case on September 23, 2026, at 11:00 a.m., at Ft. Myers, FL – Room 4-102, Hearing Room, United States Courthouse, 2110 First Street, Ft. Myers, FL, on the following matter:

*Climate First Bank's Expedited Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1) and (d)(2) with Respect to Its Equipment Collateral and for Waiver of the 14-Day Stay Under Fed. R. Bankr. P. 4001(a)(4) and Local Rule 4001-1(c)(3)* **(Doc. No. 32)**

2. The Court will conduct the hearing in person at the location identified in this notice. Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/rivera/. If you are unable to access the Court's website, please contact the Courtroom Deputy at (813) 301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

3. Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4. The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: September 11, 2026


GRAYROBINSON, P.A.
*Attorneys for Climate First Bank*
2255 Glades Road, Suite 301E
Boca Raton, Florida 33431
Telephone: (561) 368-3808
Facsimile: (561) 368-4008

BY: */s/ Alan R. Crane*
Alan R. Crane, Esq.
Florida Bar No.: 963836
E-Mail: alan.crane@gray-robinson.com