| Fill in this information to identify the case: |
| --- |
| Debtor name **Great Southern Copackers LLC** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) **8:26-bk-07442** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/17/2026

X [signature]
Signature of individual signing on behalf of debtor

**Jeremy Roberts**
Printed name

**Sole Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Great Southern Copackers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-07442**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ **4,614,617.10** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ **4,614,617.10** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ **1,861,636.43** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ **1,853,361.36** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **3,714,997.79** |

**Fill in this information to identify the case:**

Debtor name **Great Southern Copackers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-07442**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Regions Bank** | **Business Checking Account** | **0495** | **$31.41** |
| 3.2. | **Regions Bank** | **Business Checking Account** | **0525** | **$349.76** |
| 3.3. | **Truist Bank** | **Business Checking Account** | **4499** | **$106,490.31** |
| 3.4. | **Regions Bank** | **Business Checking** | **4773** | **$171.63** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$107,043.11**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

Debtor **Great Southern Copackers LLC** Case number *(If known)* **8:26-bk-07442**
Name

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **14,515.20** | - | **0.00** | = .... | **$14,515.20** |

12. **Total of Part 3.** **$14,515.20**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Inventory Held for Resale (See Attached Inventory List)** | | **$1,254,458.79** | **Liquidation** | **$1,254,458.79** |
| 22. | **Other inventory or supplies**<br>**Various T-Shirts and Pictures** | | **$300.00** | **Liquidation** | **$300.00** |

23. **Total of Part 5.** **$1,254,758.79**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

Debtor **Great Southern Copackers LLC** Case number *(If known)* **8:26-bk-07442**
Name

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Various Desks, Tables/Chairs, TV's and Glassware | $5,000.00 | Liquidation | $5,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Various Used Computers and Printers | $2,250.00 | Liquidation | $2,250.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $7,250.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor **Great Southern Copackers LLC** Case number *(If known)* **8:26-bk-07442**
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Production Equipment (See Attached List of Production Equipment) | $2,702,000.00 | Appraisal | $2,702,000.00 |
| Support Equipment (See Attached List of Support Equipment) | $529,050.00 | Appraisal | $529,050.00 |

51. **Total of Part 8.** **$3,231,050.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.greatbevs.com | Unknown | N/A | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| Manufacturers/Distributors License | Unknown | N/A | Unknown |
| Brand Registrant License | Unknown | N/A | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor **Great Southern Copackers LLC** Case number *(If known)* **8:26-bk-07442**
Name

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Description | | Current value of debtor's interest |
|---|---|---|
| **Potential Cause of Action against Lakeland Industrial I LLC** | | **Unknown** |
| **Nature of claim** | **Fraud** | |
| **Amount requested** | **$0.00** | |
| **Potential Cause of Action against Lakeland Industrial 2 LLC** | | **Unknown** |
| **Nature of claim** | **Fraud** | |
| **Amount requested** | **$0.00** | |
| **Potential Cause of Action against Lakeland Industrial 3 LLC** | | **Unknown** |
| **Nature of claim** | **Fraud** | |
| **Amount requested** | **$0.00** | |
| **Potential Cause of Action against Lakeland Industrial 4 LLC** | | **Unknown** |
| **Nature of claim** | **Fraud** | |
| **Amount requested** | **$0.00** | |

Debtor **Great Southern Copackers LLC** Case number *(If known)* **8:26-bk-07442**
Name

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Great Southern Copackers LLC**
Name

Case number *(If known)* **8:26-bk-07442**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $107,043.11 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $14,515.20 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $1,254,758.79 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,250.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,231,050.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $4,614,617.10 | + 91b. | $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$4,614,617.10**

## INVENTORY

| Item No. | Description | Cumulative Qty | Cumulative Value | Valuation Meth. | Unit Price | Inventory Type |
|---|---|---|---|---|---|---|
| 1040-K12 | Diver Down (BH) - Keg 1/2 BBL | 8 | $ 206.94 | Moving Average | $ 25.87 | Finished Goods - Kegged |
| 1040-K16 | Diver Down (BH) - Keg 1/6 BBL | 64 | $ 1,048.86 | Moving Average | $ 16.39 | Finished Goods - Kegged |
| 1166-C2412 | Phins & Feathers IPA (BH) - Case 24pack of 12oz Cans | 24 | $ 203.55 | Moving Average | $ 8.48 | Finished Goods - Packaged |
| 1295-K12 | Matte Black Cold Brew Coffee Black Lager (BH) - Keg 1/2 BBL | 8 | $ 171.45 | Moving Average | $ 21.43 | Finished Goods - Kegged |
| 1295-K16 | Matte Black Cold Brew Coffee Black Lager (BH) - Keg 1/6 BBL | 106 | $ 769.19 | Moving Average | $ 7.26 | Finished Goods - Kegged |
| 1320-C2412 | Cream Sugar Please (CYC) - Case 4/6/12 | 335 | $ 3,356.18 | Moving Average | $ 10.02 | Finished Goods - Packaged |
| 1327-K12 | Secret Llama Blueberry Wheat Ale (BH) - Keg 1/2 BBL | 20 | $ 357.22 | Moving Average | $ 17.86 | Finished Goods - Kegged |
| 1332-K12 | Parched Pig Toasted Amber Ale (CCL) 575068 - Keg 1/2 BBL | - | $ - | Moving Average | $ - | Finished Goods - Kegged |
| 1333-C2416 | Parched Pig West Coast IPA (CCL) 575072- Case 1/24/16 | 4 | $ 36.46 | Moving Average | $ 9.12 | Finished Goods - Packaged |
| 1333-K12 | Parched Pig West Coast IPA (CCL) 575069 - Keg 1/2 BBL | - | $ - | Moving Average | $ - | Finished Goods - Kegged |
| 1334-C2416 | Thirsty Frog Caribbean Wheat Ale (CCL) 575070 - Case 1/24/16 | 582 | $ 5,967.21 | Moving Average | $ 10.25 | Finished Goods - Packaged |
| 1334-K12 | Thirsty Frog Caribbean Wheat Ale (CCL) 575067 - Keg 1/2 BBL | 56 | $ 1,302.51 | Moving Average | $ 23.26 | Finished Goods - Kegged |
| 1355-K12 | Florida Sunshine Lager (CCAN) - Keg 1/2 BBL | 48 | $ 656.53 | Moving Average | $ 13.68 | Finished Goods - Kegged |
| 1355-K16 | Florida Sunshine Lager (CCAN) - Keg 1/6 BBL | 120 | $ 563.90 | Moving Average | $ 4.70 | Finished Goods - Kegged |
| 1366-K12 | Goon Squad IIPA (BH) - Keg 1/2 BBL | 2 | $ 123.91 | Moving Average | $ 61.96 | Finished Goods - Kegged |
| 1378-C2412 | McGuires Irish Red (MIP) - Case 4/6/12 | - | $ - | Moving Average | $ - | Finished Goods - Packaged |
| 1385-K12 | Alligator Drool IPA (BH) - Keg 1/2 BBL | 20 | $ 485.73 | Moving Average | $ 24.29 | Finished Goods - Kegged |
| 1385-K16 | Alligator Drool IPA (BH) - Keg 1/6 BBL | 3 | $ 24.48 | Moving Average | $ 8.16 | Finished Goods - Kegged |
| 1394-K12 | Parched Pig Beach Lager (CCL) - Keg 1/2 BBL | 44 | $ 853.43 | Moving Average | $ 19.40 | Finished Goods - Kegged |
| 1429-K12 | Thirsty Frog Red Ale (CCL) 529329 - Keg 1/2 BBL | 51 | $ 818.90 | Moving Average | $ 16.06 | Finished Goods - Kegged |
| 1460-K12 | 1300 Mile Hazy IPA (13MILE) - Keg 1/2 BBL | - | $ - | Moving Average | $ - | Finished Goods - Kegged |
| 1460-K16 | 1300 Mile Hazy IPA (13MILE) - Keg 1/6 BBL | 5 | $ 124.44 | Moving Average | $ 24.89 | Finished Goods - Kegged |
| 1462-K12 | Space Cowboi (CCAN) - Keg 1/2 BBL | - | $ - | Moving Average | $ - | Finished Goods - Kegged |
| 1470-K12 | 1300 Mile Tropical IPA (13MILE) - Keg 1/2 BBL | 6 | $ 415.60 | Moving Average | $ 69.27 | Finished Goods - Kegged |
| 1500-K12 | OCB- Session IPA (OCB) - Keg 1/2 BBL | 26 | $ 666.19 | Moving Average | $ 25.62 | Finished Goods - Kegged |
| 1500-K16 | OCB- Session IPA (OCB) - Keg 1/6 BBL | 80 | $ 887.65 | Moving Average | $ 11.10 | Finished Goods - Kegged |
| 7043-K12 | Raglan Road Hazy Wheat (BH) 575067 - Keg 1/2 BBL | 2 | $ 32.81 | Moving Average | $ 16.41 | Finished Goods - Kegged |
| 7050-B12750 | Savannah Single Barrel Bourbon (SAV-DSP) - Case 12/750 Btl | 33 | $ - | Moving Average | $ - | Finished Goods - Packaged |
| 8079-K12 | Alligator Drool Lager (BH) - Keg 1/2 BBL | 40 | $ 532.26 | Moving Average | $ 13.31 | Finished Goods - Kegged |
| 8079-K16 | Alligator Drool Lager (BH) - Keg 1/6 BBL | 31 | $ 142.41 | Moving Average | $ 4.59 | Finished Goods - Kegged |
| 8127-K12 | Lucky Foo Pale Ale (BH) - Keg 1/2 BBL | 10 | $ 238.96 | Moving Average | $ 23.90 | Finished Goods - Kegged |
| 8130-K12 | Lychee Lucky Foo (BH) - Keg 1/2 BBL | 2 | $ - | Moving Average | $ - | Finished Goods - Kegged |
| 8161-C4612 | Flamango Wheat (BH) - Case 4/6/12 | 540 | $ 4,659.92 | Moving Average | $ 8.63 | Finished Goods - Packaged |
| 8161-K12 | Flamango Wheat (BH) - Keg 1/2 BBL | 10 | $ 339.45 | Moving Average | $ 33.95 | Finished Goods - Kegged |
| 8169-K12 | Landy Summer Session (BH) - Keg 1/2 BBL | 6 | $ 3.00 | Moving Average | $ 0.50 | Finished Goods - Kegged |
| 8443-S12412 | BOLO Sour Apple Sonic 10mg (AG) - Sleek 1/24/12 | 1,186 | $ 1,070.72 | Moving Average | $ 0.90 | FG Non Alc - Packaged |
| 8458-S12412 | Have a Day Georgia Peach (HAD) - Sleek 1/24/12 | 3,665 | $ 3,568.79 | Moving Average | $ 0.97 | Finished Goods - Packaged |
| 8513-C2412 | Old Glory Light Lager (OG) - Case 24pack of 12oz Cans | 305 | $ 776.67 | Moving Average | $ 2.55 | Finished Goods - Packaged |
| 8518-C2412 | Old Glory Marine Anniversary (OG) - Case 24pack of 12oz Cans | 226 | $ 575.50 | Moving Average | $ 2.55 | Finished Goods - Packaged |
| 8519-C2412 | Old Glory Army Anniversary (OG) - Case 24pack of 12oz Cans | 224 | $ 570.41 | Moving Average | $ 2.55 | Finished Goods - Packaged |
| 8520-C2412 | Old Glory Navy Anniversary (OG) - Case 24pack of 12oz Cans | 223 | $ 567.86 | Moving Average | $ 2.55 | Finished Goods - Packaged |
| 8521-K16 | Soleto Light Lager (BH) - Keg 1/6 BBL | 120 | $ 1,676.16 | Moving Average | $ 13.97 | Finished Goods - Kegged |
| 8701-K12 | Yancy's Lager (YAN) - Keg 1/2 BBL | 14 | $ 164.20 | Moving Average | $ 11.73 | Finished Goods - Kegged |
| 8702-K12 | Apron Leaf NEIPA (YAN) - Keg 1/2 BBL | 12 | $ 369.87 | Moving Average | $ 30.82 | Finished Goods - Kegged |
| 8703-K12 | Bluegrass Blonde (YAN) - Keg 1/2 BBL | 13 | $ 397.98 | Moving Average | $ 30.61 | Finished Goods - Kegged |
| 8705-S12412 | Gorilla Peach Seltzer (GOR-NA) - Case 1/24/12 | 777 | $ 858.30 | Moving Average | $ 1.10 | Finished Goods - Packaged |
| 8706-S12412 | Gorilla Lime Seltzer (GOR-NA) - Case 1/24/12 | 719 | $ 765.98 | Moving Average | $ 1.07 | Finished Goods - Packaged |
| 9031-K16 | OCB - Agua De Fiesta (BT) - Keg 1/6 BBL | 11 | $ 56.04 | Moving Average | $ 5.09 | Finished Goods - Kegged |
| 9039-K16 | OCB Warrior (OCB) - Keg 1/6 BBL | (20) | $ (149.80) | Moving Average | $ 7.49 | Finished Goods - Kegged |
| 9080-K16 | OCB - Bandwagon (BT) - Keg 1/6 BBL | (20) | $ (198.51) | Moving Average | $ 9.93 | Finished Goods - Kegged |
| BB1257 | Bright Beer - High Stepper (CCAN) | 34 | $ 1,463.45 | Moving Average | $ 42.81 | Bright Beer |
| BB1355 | Bright Beer - Florida Sunshine Lager (CCAN) | 143 | $ 3,851.84 | Moving Average | $ 26.94 | Bright Beer |
| BB1385 | Bright Beer - Alligator Drool IPA (BH) | 110 | $ 4,940.35 | Moving Average | $ 44.91 | Bright Beer |
| BB1460 | Bright Beer - 1300 Mile Hazy (13MILE) | 199 | $ 11,296.72 | Moving Average | $ 56.77 | Bright Beer |
| BB8457 | Bright Blend SP - Have a Day Watermelon (HAD) | 300 | $ 435.72 | Moving Average | $ 1.45 | Bright Beer |
| BB8458 | Bright Blend SP - Have a Day Georgia Peach (HAD) | 34 | $ 106.82 | Moving Average | $ 3.14 | Bright Beer |
| BB8459 | Bright Blend SP - Have a Day Transfusion (HAD) | 300 | $ 492.01 | Moving Average | $ 1.64 | Bright Beer |
| BB8460 | Bright Blend SP - Have a Day Miami Vice (HAD) | 100 | $ 145.05 | Moving Average | $ 1.45 | Bright Beer |
| BB8512 | Bright Blend SP - Savannah Sweet Tea Bourbon (SAV) | 8 | $ 152.67 | Moving Average | $ 19.08 | Bright Beer |
| BB8700 | Bright Beer - 1300 Mile Strawberry IPA (13MILE) | 85 | $ 6,099.18 | Moving Average | $ 71.76 | Bright Beer |
| BB8710 | Bright Beer - Florida King (BTLNS) | 93 | $ 5,182.78 | Moving Average | $ 55.73 | Bright Beer |
| BB8713 | Bright Blend NA - Canabzy Mango Tango (CANAB) | 30 | $ 432.43 | Moving Average | $ 14.41 | Bright Beer |
| BB8721 | Bright Beer - Yancey's Irish Red (YAN) | 8 | $ 221.07 | Moving Average | $ 27.63 | Bright Beer |
| DH1333 | Dry Hop - Parched Pig West Coast IPA (CCL) | 208 | $ 8,036.99 | Moving Average | $ 38.64 | Dry Hopped Beer |
| DH1385 | Dry Hop - Alligator Drool IPA (BH) | - | $ - | Moving Average | $ - | Dry Hopped Beer |
| GB1166 | Green Beer - Phin & Feathers IPA (BH) | 206 | $ 5,374.19 | Moving Average | $ 26.09 | Green Beer |
| GB1257 | Green Beer - High Stepper IPA (CCAN) | 212 | $ 6,776.31 | Moving Average | $ 31.96 | Green Beer |
| GB1333 | Green Beer - Parched Pig West Coast IPA (CCL) | - | $ - | Moving Average | $ - | Green Beer |
| GB8212 | Green Beer -Forty Seven Lager (MAGA) | 233 | $ 5,146.47 | Moving Average | $ 22.09 | Green Beer |
| GB8212 | Green Beer -Forty Seven Lager (MAGA) | 235 | $ 5,149.24 | Moving Average | $ 21.91 | Green Beer |
| GB8709 | Green Beer - Brewaski Rice Lager (BRWASKI) | 105 | $ 2,553.13 | Moving Average | $ 24.32 | Green Beer |
| PG1004 | Ardagah CDL+ 202 BPANI 10 State Silver Can Ends | 248,883 | $ 10,416.03 | Moving Average | $ 0.04 | Packaging |
| PG1006 | 22 oz Long Neck Amber Glass Beer Bottle - 82206 - Half Height Bulk (Anchor) | 11,655 | $ 4,142.19 | Moving Average | $ 0.36 | Packaging |
| PG1019 | Tray - Kraft, STD Unprinted Hand Erect Trays | 2,314 | $ 699.93 | Moving Average | $ 0.30 | Packaging |
| PG1027 | 1/2 BBL Keg Shell - CC | 96 | $ - | Moving Average | $ - | Packaging |
| PG1035 | Keg Ring - Brew Hub Generic (BH) | 214 | $ 136.68 | Moving Average | $ 0.64 | Packaging |
| PG1041 | 12 oz Can Unprinted Silver Blank | 26,452 | $ 4,118.31 | Moving Average | $ 0.16 | Packaging |
| PG1051 | 12 oz Can Orange Blossom Pilsner Squared 11% (OBP) | 128,759 | $ 17,710.29 | Moving Average | $ 0.14 | Packaging |
| PG1056 | 16 oz Can Unprinted Silver Blank | 10,114 | $ 1,898.30 | Moving Average | $ 0.19 | Packaging |
| PG1067 | Crown Brew Hub | 200,000 | $ 2,340.00 | Moving Average | $ 0.01 | Packaging |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PG1068 | Crown Silver Blank | 54,328 | $ | 969.54 | Moving Average | $ | 0.02 | Packaging |
| PG1069 | Crown Gold Blank | 167,904 | $ | 1,897.46 | Moving Average | $ | 0.01 | Packaging |
| PG1088 | Partitions - 24p / 12oz Loose Pack Bottles | 4,500 | $ | 4,274.96 | Moving Average | $ | 0.95 | Packaging |
| PG1089 | 12 x 22 oz Case Partitions, .040 Plain Chip | 2,500 | $ | 1,055.09 | Moving Average | $ | 0.42 | Packaging |
| PG1125 | Keg Ring - Generic (OBP) | 5,819 | $ | 632.80 | Moving Average | $ | 0.11 | Packaging |
| PG1127 | Keg Ring - Orange Blossom Pilsner (OBP) | 870 | $ | 152.94 | Moving Average | $ | 0.18 | Packaging |
| PG1128 | Keg Ring - OBP Squared (OBP) | 6,867 | $ | 828.20 | Moving Average | $ | 0.12 | Packaging |
| PG1131 | Keg Ring - Keybilly (BH) | 2,480 | $ | 276.59 | Moving Average | $ | 0.11 | Packaging |
| PG1132 | Keg Ring - Diver Down (BH) | 732 | $ | 90.36 | Moving Average | $ | 0.12 | Packaging |
| PG1152 | Keg Cap - Brew Hub Logo (Black) | 4,580 | $ | 1,090.61 | Moving Average | $ | 0.24 | Packaging |
| PG1154 | PakTech 4 Pack Carrier - White (7C-902859-ST) – no pantone number for white | 14,268 | $ | 1,976.69 | Moving Average | $ | 0.14 | Packaging |
| PG1160 | PakTech 4 Pack - Opaque Blue (7C-305397-G2) – 2965C | 5,904 | $ | 649.44 | Moving Average | $ | 0.11 | Packaging |
| PG1162 | PakTech 4 Pack - Cream (PH04676153) – 7499C | 17,220 | $ | 1,935.27 | Moving Average | $ | 0.11 | Packaging |
| PG1164 | PakTech 4 Pack - Brown (N2378EHD) – 483C | 8,856 | $ | 1,179.62 | Moving Average | $ | 0.13 | Packaging |
| PG1168 | PakTech 4 Pack - Powder Blue (PE52720986) – 2925C | 36,900 | $ | 4,545.96 | Moving Average | $ | 0.12 | Packaging |
| PG1174 | (GEN 2) PakTech 4 Pack - Black (CC1000364960) – Black 6C | 28,182 | $ | 4,256.77 | Moving Average | $ | 0.15 | Packaging |
| PG1175 | PakTech 4 Pack - Gold (CC10177155WE) – 8005C | 57,072 | $ | 7,247.49 | Moving Average | $ | 0.13 | Packaging |
| PG1176 | PakTech 4 Pack - Orange (WC500087PENP) – No Pantone match | 19,680 | $ | 2,634.80 | Moving Average | $ | 0.13 | Packaging |
| PG1183 | PakTech 4 Pack - Yellow (985-738) – 109FC | 3,444 | $ | 397.09 | Moving Average | $ | 0.12 | Packaging |
| PG1184 | PakTech 6 Pack Carrier - White (7C-902859-ST) - no pantone number for white | 53,460 | $ | 10,159.37 | Moving Average | $ | 0.19 | Packaging |
| PG1186 | PakTech 6 Pack - Marigold (7C-105192-12) – 1375C | 4,212 | $ | 561.04 | Moving Average | $ | 0.13 | Packaging |
| PG1192 | PakTech 6 Pack - Cream (PH04676153) – 7499C | 9,720 | $ | 810.70 | Moving Average | $ | 0.08 | Packaging |
| PG1194 | PakTech 6 Pack - Brown (N2378EHD) – 483C | 972 | $ | 175.10 | Moving Average | $ | 0.18 | Packaging |
| PG1196 | PakTech 6 Pack - Tropical Orange (P0921EHD) - 1655C | 1,828 | $ | 355.35 | Moving Average | $ | 0.19 | Packaging |
| PG1198 | PakTech 6 Pack - Powder Blue (PE52720986) – 2925C | 11,340 | $ | 2,446.38 | Moving Average | $ | 0.22 | Packaging |
| PG1200 | PakTech 6 Pack - Spring Green (PH63676059) – 370C | 14,440 | $ | 3,256.03 | Moving Average | $ | 0.23 | Packaging |
| PG1202 | PakTech 6 Pack - Dark Green (G1586EHD) – 350C | 648 | $ | 81.33 | Moving Average | $ | 0.13 | Packaging |
| PG1206 | PakTech 6 Pack - Orange (WC500087PENP) – No Pantone match | 9,396 | $ | 1,174.50 | Moving Average | $ | 0.13 | Packaging |
| PG1208 | PakTech 6 Pack - Red (WC300238PENP) – 187C | 4,536 | $ | 836.75 | Moving Average | $ | 0.18 | Packaging |
| PG1234 | 12 oz Can Diver Down (BH) | 42,401 | $ | 5,732.24 | Moving Average | $ | 0.14 | Packaging |
| PG1235 | Keg Cap - Orange Blossom Brewing Logo (OBP) | 832 | $ | 171.66 | Moving Average | $ | 0.21 | Packaging |
| PG1295 | 22 oz Label (7.5" x 4.75" - Pressure Sensitive) Diver Down (BH) | 30,000 | $ | 2,023.46 | Moving Average | $ | 0.07 | Packaging |
| PG1376 | Keg Ring - Phin & Feathers (BH) | 490 | $ | 59.65 | Moving Average | $ | 0.12 | Packaging |
| PG1379 | 12 oz Can Phins & Feathers (BH) | 166,281 | $ | 18,151.57 | Moving Average | $ | 0.11 | Packaging |
| PG1380 | Tray - 24 x 12 oz can, Phins & Feathers (BH) | 2,427 | $ | 1,232.21 | Moving Average | $ | 0.51 | Packaging |
| PG1447 | Ball 202 Ends - CDL BR GD/SL82 10ST (GOLD) | 30,600 | $ | 957.36 | Moving Average | $ | 0.03 | Packaging |
| PG1457 | Tray - 24 x 12 oz can, Crooked Can (CCan) | 3,305 | $ | 746.93 | Moving Average | $ | 0.23 | Packaging |
| PG1459 | 12 oz Can Rome City IPA BC (BH) | 52,515 | $ | 6,607.70 | Moving Average | $ | 0.13 | Packaging |
| PG1460 | Keg Cap - Generic Yellow | 2,522 | $ | 222.88 | Moving Average | $ | 0.09 | Packaging |
| PG1464 | Keg Ring - Crooked Can Generic (CCAN) | 1,066 | $ | 208.85 | Moving Average | $ | 0.20 | Packaging |
| PG1465 | RSC - Master Carton (24x12 oz LNNR) Kraft, Unprinted | 5,597 | $ | 4,093.44 | Moving Average | $ | 0.73 | Packaging |
| PG1488 | Ball 202 Ends - CD BR SL/MR 82 11STOK+ OR 10 (6008015) (Red Tab) | 279,817 | $ | 8,414.16 | Moving Average | $ | 0.03 | Packaging |
| PG1497 | 12 oz Can Alcatraz 2x IPA (ALC) | 24,896 | $ | 1,866.93 | Moving Average | $ | 0.07 | Packaging |
| PG1534 | Keg Ring - Rome City IPA (BH) | 938 | $ | 122.23 | Moving Average | $ | 0.13 | Packaging |
| pg1537 | 12 oz Can Key Billy Island Ale (BH) | 84,413 | $ | 12,992.79 | Moving Average | $ | 0.15 | Packaging |
| PG1546 | 12 oz Can Island Hoppin IPA (STJ) | 5,835 | $ | 551.56 | Moving Average | $ | 0.09 | Packaging |
| PG1549 | Keg Ring - Island Hoppin IPA (STJ) | 1,000 | $ | 220.00 | Moving Average | $ | 0.22 | Packaging |
| PG1550 | Keg Ring - Island Summer Ale (STJ) | 1,000 | $ | 220.00 | Moving Average | $ | 0.22 | Packaging |
| PG1551 | Keg Ring - Volcano Blossom (OBP) | 400 | $ | 88.00 | Moving Average | $ | 0.22 | Packaging |
| PG1574 | Keg Ring - Crank IPA (CYC) | 839 | $ | 104.15 | Moving Average | $ | 0.12 | Packaging |
| PG1575 | Keg Ring - Cream Sugar Please (CYC) | 1,545 | $ | 198.63 | Moving Average | $ | 0.13 | Packaging |
| PG1577 | Keg Ring - Tropical Mango (STJ) | 600 | $ | 67.44 | Moving Average | $ | 0.11 | Packaging |
| PG1580 | Keg Ring - Secret Llama Blueberry Wheat Ale (BH) | 500 | $ | 319.35 | Moving Average | $ | 0.64 | Packaging |
| pg1585 | 1/6 BBL Keg Shell - National Distribution | 1 | $ | - | Moving Average | $ | - | Packaging |
| PG1587 | 1/6 BBL Keg Shell - Microstar Regional Distribution | 4 | $ | - | Moving Average | $ | - | Packaging |
| PG1593 | 16 oz Can Parched Pig West Coast IPA (CCL) | 73,904 | $ | 9,996.20 | Moving Average | $ | 0.14 | Packaging |
| PG1594 | 16 oz Can Thirsty Frog Caribbean Wheat (CCL) | 137,434 | $ | 19,624.18 | Moving Average | $ | 0.14 | Packaging |
| PG1600 | Keg Ring - Parched Pig Toasted Amber Ale (CCL) | 1,705 | $ | 205.98 | Moving Average | $ | 0.12 | Packaging |
| PG1601 | Keg Ring - Parched Pig West Coast IPA (CCL) | 4,451 | $ | 509.38 | Moving Average | $ | 0.11 | Packaging |
| PG1602 | Keg Ring - Thirsty Frog Caribbean Wheat Ale (CCL) | 3,575 | $ | 406.32 | Moving Average | $ | 0.11 | Packaging |
| PG1614 | Keg Cap - Generic Black | 10,219 | $ | 884.85 | Moving Average | $ | 0.09 | Packaging |
| PG1616 | Keg Cap - Generic Green | 2,954 | $ | 235.19 | Moving Average | $ | 0.08 | Packaging |
| PG1627 | Tray - 24 x 12 oz can, Kraft, Spear Pressure (DBC) | 2,672 | $ | 1,223.18 | Moving Average | $ | 0.46 | Packaging |
| PG1628 | Keg Ring - Spear Pressure (DBC) | 250 | $ | 32.98 | Moving Average | $ | 0.13 | Packaging |
| PG1629 | Keg Ring - Reef Dweller (DBC) | 560 | $ | 67.44 | Moving Average | $ | 0.12 | Packaging |
| PG1630 | 22 oz Label (6.25" x 4.75" - Pressure Sensitive) Parched Pig Pumpkin Ale (CCL) | 1,750 | $ | 245.00 | Moving Average | $ | 0.14 | Packaging |
| PG1631 | Keg Ring - Secret Llama IPA (BH) | 701 | $ | 76.50 | Moving Average | $ | 0.11 | Packaging |
| PG1633 | Tray - 24 x 12 oz can, Kraft, Reef Dweller (DBC) | 1,600 | $ | 697.61 | Moving Average | $ | 0.44 | Packaging |
| PG1637 | Tray - 24 x 16 oz can, Kraft, Pirate Republic | 200 | $ | 100.25 | Moving Average | $ | 0.50 | Packaging |
| PG1653 | Keg Ring - Cloud Chaser (CCAN) | 1,500 | $ | 163.38 | Moving Average | $ | 0.11 | Packaging |
| PG1655 | Keg Ring - Florida Sunshine Lager (CCAN) | 332 | $ | 40.36 | Moving Average | $ | 0.12 | Packaging |
| PG1662 | Tray - Plain Sleek Carton Tray 14 x 9 1/8 x 1 1/2 | 6,899 | $ | 1,449.24 | Moving Average | $ | 0.21 | Packaging |
| PG1663 | Body Label, 12 oz. Pressure Sensitive - Alligator Drool (BH) | 12,778 | $ | 677.65 | Moving Average | $ | 0.05 | Packaging |
| PG1665 | Keg Ring - Alligator Drool IPA (BH) | 332 | $ | 40.15 | Moving Average | $ | 0.12 | Packaging |
| PG1677 | Carton - 6/12oz STD 3999 - Orange Blossom Pilsner (OBP) | 84 | $ | 24.16 | Moving Average | $ | 0.29 | Packaging |
| PG1681 | Carton - 6/12oz STD 3999 - Keybilly Island Ale (BH) | 21,904 | $ | 6,999.01 | Moving Average | $ | 0.32 | Packaging |
| PG1682 | Carton - 6/12oz STD 3999 - Diver Down Red Ale (BH) | 380 | $ | 73.92 | Moving Average | $ | 0.19 | Packaging |
| PG1683 | Carton - 6/12oz STD 3999 - Rome City IPA (BH) | 19,020 | $ | 5,335.33 | Moving Average | $ | 0.28 | Packaging |
| PG1717 | Keg Ring - Double Cold Brew Imperial Coffee Stout (ALC) | 500 | $ | 126.41 | Moving Average | $ | 0.25 | Packaging |
| PG1720 | Carton - 24/12oz STD 5324 - Plain Unprinted (BH) | 12,216 | $ | 10,216.04 | Moving Average | $ | 0.84 | Packaging |
| PG1731 | Carton - 12/12oz STD 4047 - Orange Blossom Pilsner (OBP) | 9,844 | $ | 5,006.82 | Moving Average | $ | 0.51 | Packaging |
| PG1732 | 12 oz Can Alcatraz Double Cold Brew (ALC) | 158,323 | $ | 19,305.86 | Moving Average | $ | 0.12 | Packaging |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PG1735 | Keg Ring - City Beautiful IPA (OBP) | 570 | $ | 65.08 | Moving Average | $ | 0.11 | Packaging |
| PG1763 | Body Label, 12 oz. Pressure Sensitive - Sweet Caroline (ZURC) | 23,500 | $ | 909.44 | Moving Average | $ | 0.04 | Packaging |
| PG1764 | Crown - Stock Red (ZURC) | 12,728 | $ | 192.19 | Moving Average | $ | 0.02 | Packaging |
| PG1765 | Carton - 12/12oz STD 4047 - Boxcar Variety Pack (IVAN) | 1,477 | $ | 504.98 | Moving Average | $ | 0.34 | Packaging |
| PG1768 | Carton - 4/12oz STD 4087 - Waterbird Ranch Water (WB) | 7,655 | $ | 2,236.15 | Moving Average | $ | 0.29 | Packaging |
| PG1769 | Carton - 4/12oz STD 4087 - Waterbird Tequila Margarita (WB) | 12,100 | $ | 2,392.17 | Moving Average | $ | 0.20 | Packaging |
| PG1771 | Carton - 6/12oz STD 3999 - City Beautiful IPA (OBP) | 32,825 | $ | 9,558.28 | Moving Average | $ | 0.29 | Packaging |
| PG1797 | Tray - Combo Carton Tray 15 15/16 x 10 5/8 x 1 1/2 Waterbird - White (WB) | 21,911 | $ | 12,871.78 | Moving Average | $ | 0.59 | Packaging |
| PG1802 | Carton - 6/12oz STD 3999 - Joyland IPA (IVAN) | 26,580 | $ | 4,216.54 | Moving Average | $ | 0.16 | Packaging |
| PG1803 | Carton - 6/12oz STD 3999 - Park Hopp'r Pilsner (IVAN) | 27,232 | $ | 4,411.40 | Moving Average | $ | 0.16 | Packaging |
| PG1804 | Carton - 6/12oz STD 3999 - Toboggan Blonde (IVAN) | 4,080 | $ | 569.12 | Moving Average | $ | 0.14 | Packaging |
| PG1805 | Carton - 6/12oz STD 3999 - Bungalow Witbier (IVAN) | 14,240 | $ | 2,018.74 | Moving Average | $ | 0.14 | Packaging |
| PG1806 | 16 oz Can Head South 69 IPA NI (ALC) | 40,067 | $ | 4,499.52 | Moving Average | $ | 0.11 | Packaging |
| PG1807 | 12 oz Can Joyland IPA (IVAN) | 7,391 | $ | 802.00 | Moving Average | $ | 0.11 | Packaging |
| PG1808 | 12 oz Can Park Hopp'r Pilsner (IVAN) | 3,890 | $ | 430.23 | Moving Average | $ | 0.11 | Packaging |
| PG1809 | 12 oz Can Toboggan Blonde (IVAN) | 11,281 | $ | 1,238.94 | Moving Average | $ | 0.11 | Packaging |
| PG1810 | 12 oz Can Bungalow Witbier (IVAN) | 23,340 | $ | 2,462.38 | Moving Average | $ | 0.11 | Packaging |
| PG1811 | 12 oz Can City Beautiful IPA (OBP) | 389 | $ | 41.59 | Moving Average | $ | 0.11 | Packaging |
| PG1812 | Keg Ring - Head South 69 IPA (ALC) | 1,000 | $ | 125.67 | Moving Average | $ | 0.13 | Packaging |
| PG1821 | Carton - 4/16oz STD 3993 - Head South 69 IPA (ALC) | 2,080 | $ | 559.31 | Moving Average | $ | 0.27 | Packaging |
| PG1822 | Carton - 24/16oz STD 4138 - Plain Unprinted (BH) | 1,427 | $ | 1,767.32 | Moving Average | $ | 1.24 | Packaging |
| PG1828 | 12 oz Can BALL Waterbird Vodka Citrus Squeeze (WB) | 155,206 | $ | 14,876.26 | Moving Average | $ | 0.10 | Packaging |
| PG1831 | 12 oz Can BALL Waterbird Ranch Water (WB) | 49,014 | $ | 4,987.87 | Moving Average | $ | 0.10 | Packaging |
| PG1834 | Carton - 24/12oz SLEEK 4309 - Plain Unprinted (BH) | 19,745 | $ | 14,723.38 | Moving Average | $ | 0.75 | Packaging |
| PG1835 | 12 oz Can BALL Waterbird Tequila Margarita (WB) | 33,065 | $ | 3,537.99 | Moving Average | $ | 0.11 | Packaging |
| PG1839 | 12 oz Can Goon Squad (BH) | 102,307 | $ | 9,494.44 | Moving Average | $ | 0.09 | Packaging |
| PG1840 | Carton - 6/12oz STD 3999 - Goon Squad (BH) | 9,793 | $ | 2,934.43 | Moving Average | $ | 0.30 | Packaging |
| PG1841 | Carton - 6/12oz STD 3999 - McGuires Irish Red (MIP) | - | $ | - | Moving Average | $ | - | Packaging |
| PG1842 | Tray - Kraft - Generic Plain 15ct 19.2 Can (BH) | 2,286 | $ | 1,548.35 | Moving Average | $ | 0.68 | Packaging |
| PG1846 | 12 oz SLEEK Can Ball Unprinted Silver Blank | 2,400 | $ | 306.48 | Moving Average | $ | 0.13 | Packaging |
| PG1847 | Keg Ring - Head South 66 IPA (ALC) | 526 | $ | 62.08 | Moving Average | $ | 0.12 | Packaging |
| PG1853 | 16 oz Can Head South 66 IPA (ALC) | 34,621 | $ | 4,655.15 | Moving Average | $ | 0.13 | Packaging |
| PG1854 | Carton - 4/16oz STD 3993 - Head South 66 IPA (ALC) | 8,740 | $ | 2,763.19 | Moving Average | $ | 0.32 | Packaging |
| PG1855 | Tray - Combo Carton Tray 15 15/16 x 10 5/8 x 1 1/2 Head South - White 1 Color (AL( | 7,068 | $ | 2,827.19 | Moving Average | $ | 0.40 | Packaging |
| PG1856 | RSC - Plain Kraft Master Carton (12x22 oz LNNR) (BH) | 860 | $ | 722.40 | Moving Average | $ | 0.84 | Packaging |
| PG1857 | Body Label, 22 oz. Pressure Sensitive - Thirsty Frog Red Ale (CCL) | 900 | $ | 177.80 | Moving Average | $ | 0.20 | Packaging |
| PG1867 | Case Sticker - West Coast IPA (BH) | 3,691 | $ | 145.54 | Moving Average | $ | 0.04 | Packaging |
| PG1868 | Case Sticker - Toasted Amber (BH) | 4,857 | $ | 390.25 | Moving Average | $ | 0.08 | Packaging |
| PG1869 | Case Sticker - Caribbean Wheat (BH) | 2,377 | $ | 126.00 | Moving Average | $ | 0.05 | Packaging |
| PG1873 | Keg Ring - Alligator Drool Lager (BH) | 928 | $ | 114.55 | Moving Average | $ | 0.12 | Packaging |
| PG1874 | Keg Ring - Carnival Birthday Beer (CCL) | 700 | $ | 80.02 | Moving Average | $ | 0.11 | Packaging |
| PG1875 | Keg Ring -Thirsty Frog Red Ale (CCL) | 2,768 | $ | 316.46 | Moving Average | $ | 0.11 | Packaging |
| PG1876 | Keg Ring - Goon Squad (BH) | 2,169 | $ | 238.54 | Moving Average | $ | 0.11 | Packaging |
| PG1885 | 19.2 oz Can Goon Squad (BH) | 1,556 | $ | 700.20 | Moving Average | $ | 0.45 | Packaging |
| PG1887 | Carton - 4/16oz STD 3993 - Juicy Booty IPA (STJ) | 225 | $ | 83.70 | Moving Average | $ | 0.37 | Packaging |
| PG1902 | 12 oz Can Waterbird Hardbody (WB) | 115,922 | $ | 17,513.15 | Moving Average | $ | 0.15 | Packaging |
| PG1903 | 12 oz Can Waterbird Vodka Transfusion (WB) | 163,769 | $ | 15,729.70 | Moving Average | $ | 0.10 | Packaging |
| PG1904 | 16 oz Can Parched Pig Beach Lager (CCL) | 65,149 | $ | 9,308.82 | Moving Average | $ | 0.14 | Packaging |
| PG1905 | Tray - Combo Carton Tray 15 15/16 x 10 5/8 x 1 1/2 Alcatraz - White 1 Color (ALC) | 4,373 | $ | 1,812.75 | Moving Average | $ | 0.41 | Packaging |
| PG1906 | Tray - Combo Carton Tray 15 15/16 x 10 5/8 x 1 1/2 D8 Daydrinker - White 1 Color (I | 10,150 | $ | 4,364.50 | Moving Average | $ | 0.43 | Packaging |
| PG1916 | Carton - 4/12oz STD 4087 - Vodka Transfusion (WB) | 43,860 | $ | 10,280.30 | Moving Average | $ | 0.23 | Packaging |
| PG1917 | Carton - 4/12oz STD 4087 - Hardbody (WB) | 37,625 | $ | 13,156.45 | Moving Average | $ | 0.35 | Packaging |
| PG1926 | Crown - Stock White | 13,125 | $ | 183.79 | Moving Average | $ | 0.01 | Packaging |
| PG1929 | Carton - 4/12oz STD 4087 - Alcatraz 2X IPA (ALC) | 11,084 | $ | 3,993.68 | Moving Average | $ | 0.36 | Packaging |
| PG1930 | Carton - 4/12oz STD 4087 - Alcatraz 2X Cold Brew (ALC) | 12,375 | $ | 4,458.84 | Moving Average | $ | 0.36 | Packaging |
| PG1935 | Keg Ring - Brew Hub RED (BH) | 1,402 | $ | 176.98 | Moving Average | $ | 0.13 | Packaging |
| PG1945 | Case Sticker - Beach Lager (CCL) | 7,540 | $ | 432.09 | Moving Average | $ | 0.06 | Packaging |
| PG1946 | Case Sticker - Pumpkin Ale (CCL) | 1,307 | $ | 45.09 | Moving Average | $ | 0.03 | Packaging |
| PG1953 | Keg Ring - Carnival Beach Lager (CCL) | 615 | $ | 63.33 | Moving Average | $ | 0.10 | Packaging |
| PG1964 | Keg Ring - Secret Llama Double IPA (BH) | 700 | $ | 79.62 | Moving Average | $ | 0.11 | Packaging |
| PG1965 | 16 oz Can Parched Pig Pumpkin Ale (CCL) | 53,293 | $ | 9,102.44 | Moving Average | $ | 0.17 | Packaging |
| PG1970 | Carton - 4/12oz STD 4087 - Waterbird Citrus Squeeze (WB) | 49,665 | $ | 11,876.65 | Moving Average | $ | 0.24 | Packaging |
| PG1973 | Keg Ring - Raglan Road Hazy Wheat (BH) | 868 | $ | 118.60 | Moving Average | $ | 0.14 | Packaging |
| PG1974 | Case Sticker - Blank Sticker (CCL) | 4,000 | $ | 216.21 | Moving Average | $ | 0.05 | Packaging |
| PG1978 | Keg Ring - Armature Works IPA (BH) | 924 | $ | 126.22 | Moving Average | $ | 0.14 | Packaging |
| PG1979 | Body Label, 22 oz. Pressure Sensitive - Parched Pig White Stout (BH) | 1,560 | $ | 475.98 | Moving Average | $ | 0.31 | Packaging |
| PG1981 | Keg Ring - Lucky Foo Pale Ale (BH) | 436 | $ | 59.54 | Moving Average | $ | 0.14 | Packaging |
| PG1998 | Carton - 8/12oz STD 4052 - Waterbird Tequila Cocktail Variety Pack (WB) | 20,996 | $ | 5,846.03 | Moving Average | $ | 0.28 | Packaging |
| PG1999 | Carton - 8/12oz STD 4052 - Waterbird Vodka Cocktail Variety Pack (WB) | 25,932 | $ | 6,161.84 | Moving Average | $ | 0.24 | Packaging |
| PG2002 | 12 oz Can Caddy's Mango Lager (BH) | 778 | $ | 245.28 | Moving Average | $ | 0.32 | Packaging |
| PG2003 | 12 oz Can BALL Waterbird Tequila Pineapple (WB) | 65,352 | $ | 6,365.37 | Moving Average | $ | 0.10 | Packaging |
| PG2005 | Keg Ring - Sour Hour Strawberry Habanero (BH) | 250 | $ | 54.78 | Moving Average | $ | 0.22 | Packaging |
| PG2006 | Keg Ring - Sour Hour Key Lime Pie (BH) | 250 | $ | 54.78 | Moving Average | $ | 0.22 | Packaging |
| PG2019 | Carton - 24/12oz SLEEK 4309 - Grapefruit Orange (LOW) | 629 | $ | 649.97 | Moving Average | $ | 1.03 | Packaging |
| PG2020 | Carton - 24/12oz SLEEK 4309 - Pineapple Vanilla (LOW) | 919 | $ | 949.64 | Moving Average | $ | 1.03 | Packaging |
| PG2021 | Carton - 24/12oz SLEEK 4309 - Watermelon Strawberry (LOW) | 731 | $ | 755.37 | Moving Average | $ | 1.03 | Packaging |
| PG2022 | Carton - 6/12oz SLK 4291 - Vodka Water (LOW) | 33,640 | $ | 10,550.52 | Moving Average | $ | 0.31 | Packaging |
| PG2028 | 12 oz SLEEK Can - Lowded WTR Pineapple 12K P2 (LOW) | 33,396 | $ | 3,695.94 | Moving Average | $ | 0.11 | Packaging |
| PG2029 | 12 oz SLEEK Can - Lowded WTR Grapefruit Orange 12K P2 (LOW) | 35,420 | $ | 3,920.40 | Moving Average | $ | 0.11 | Packaging |
| PG2030 | 12 oz SLEEK Can - Lowded WTR Strawberry Watermelon 12K P2 (LOW) | 36,432 | $ | 4,031.93 | Moving Average | $ | 0.11 | Packaging |
| PG2034 | 16 oz Can Dragon Fruit Lager (BH) | 1,556 | $ | 612.65 | Moving Average | $ | 0.39 | Packaging |
| PG2038 | Carton - 6/12oz STD 3999 -Trop Hop (TROP) | 219 | $ | 77.76 | Moving Average | $ | 0.35 | Packaging |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PG2039 | Body Label, 22 oz. Pressure Sensitive - Parched Pig Imperial Smoked Porter (CCL) | 1,500 | $ | 498.98 | Moving Average | $ | 0.33 | Packaging |
| PG2040 | Carton - 4/12oz SLEEK 5613 - Vodka Raspberry Tea (SI) | 43,200 | $ | 12,597.12 | Moving Average | $ | 0.29 | Packaging |
| PG2041 | Carton - 4/12oz SLEEK 5613 - Vodka Black Tea (SI) | 27,150 | $ | 9,362.21 | Moving Average | $ | 0.34 | Packaging |
| PG2042 | Carton - 8/12oz SLK 6503 - Vodka Tea Variety (SI) | 6,105 | $ | 6,054.63 | Moving Average | $ | 0.99 | Packaging |
| PG2044 | Carton - 12/12oz SLEEK 4265 - Sea Isle Spiked Malt Tea Variety (SI) | 1,826 | $ | 993.91 | Moving Average | $ | 0.54 | Packaging |
| PG2045 | Carton - 6/12oz SLK 4291 - Malt Tea Lemonade (SI) | 65,640 | $ | 19,958.81 | Moving Average | $ | 0.30 | Packaging |
| PG2046 | Carton - 6/12oz SLK 4291 - Malt Black Tea (SI) | 8,640 | $ | 6,005.06 | Moving Average | $ | 0.70 | Packaging |
| PG2053 | 12 oz Can Trop Hop (TROP) | 94,348 | $ | 10,093.64 | Moving Average | $ | 0.11 | Packaging |
| PG2054 | GEN2 PakTech 6 Pack Carrier - White (7C-902859-ST) | 16,664 | $ | 3,302.16 | Moving Average | $ | 0.20 | Packaging |
| PG2056 | GEN2 PakTech 4 Pack - Gold (CC10177155WE) | 40,976 | $ | 6,418.05 | Moving Average | $ | 0.16 | Packaging |
| PG2057 | GEN2 PakTech 4 Pack - White (7C-902859-ST) | 16,866 | $ | 2,610.20 | Moving Average | $ | 0.15 | Packaging |
| PG2058 | GEN2 PakTech 4 Pack - Orange (WC500087PENP) | 1,510 | $ | 320.31 | Moving Average | $ | 0.21 | Packaging |
| PG2060 | Carton - 8/12oz STD 4052 - Tropical Variety (CAS) | 23,055 | $ | 2,165.79 | Moving Average | $ | 0.09 | Packaging |
| PG2064 | (GEN 2) PakTech 6 Pack - Powder Blue | 7,014 | $ | 1,420.87 | Moving Average | $ | 0.20 | Packaging |
| PG2067 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Vodka Lemonade (SI) | 39,974 | $ | 4,474.54 | Moving Average | $ | 0.11 | Packaging |
| PG2068 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Vodka (SI) | 284,878 | $ | 32,024.00 | Moving Average | $ | 0.11 | Packaging |
| PG2069 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Vodka Peach (SI) | 70,840 | $ | 8,015.38 | Moving Average | $ | 0.11 | Packaging |
| PG2070 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Vodka Raspberry (SI) | 123,970 | $ | 13,835.82 | Moving Average | $ | 0.11 | Packaging |
| PG2071 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Malt Lemonade (SI) | 243,892 | $ | 27,170.14 | Moving Average | $ | 0.11 | Packaging |
| PG2072 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Malt Mango (SI) | 128,018 | $ | 14,284.32 | Moving Average | $ | 0.11 | Packaging |
| PG2073 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Malt Raspberry Lemonade (SI) | 45,540 | $ | 5,082.73 | Moving Average | $ | 0.11 | Packaging |
| PG2074 | 12 oz SLEEK Can - Sea Isle Spiked Iced Tea Malt Original (SI) | 72,358 | $ | 8,231.80 | Moving Average | $ | 0.11 | Packaging |
| PG2082 | Carton - 6/12oz STD 3999 - 1300 India Pale Ale (13MILE) | 28,333 | $ | 12,084.43 | Moving Average | $ | 0.43 | Packaging |
| PG2083 | Carton - 6/12oz STD 3999 - 1300 Lager (13MILE) | 9,165 | $ | 3,439.38 | Moving Average | $ | 0.38 | Packaging |
| PG2085 | Carton - 6/12oz STD 3999 - Casalu Maracuya (CAS) | 48,875 | $ | 15,639.92 | Moving Average | $ | 0.32 | Packaging |
| PG2086 | Carton - 6/12oz STD 3999 - Citrus City IPA (BH) | 28,080 | $ | 8,120.46 | Moving Average | $ | 0.29 | Packaging |
| PG2087 | Carton - 6/12oz STD 3999 - Flamango Wheat (BH) | 25,192 | $ | 7,272.71 | Moving Average | $ | 0.29 | Packaging |
| PG2088 | Carton - 6/12oz SLK 4291 - Giant Half & Half (SI) | 24,000 | $ | 7,878.47 | Moving Average | $ | 0.33 | Packaging |
| PG2089 | 19.2 oz Can - Sea Isle Spiked Iced Tea Malt Original (SI) | 2,334 | $ | 1,061.84 | Moving Average | $ | 0.45 | Packaging |
| PG2094 | Carton - 6/12oz STD 3999 - 1300 Blueberry Wheat (13MILE) | 6,863 | $ | 2,245.88 | Moving Average | $ | 0.33 | Packaging |
| PG2098 | Keg Ring - Citrus City (BH) | 192 | $ | 20.80 | Moving Average | $ | 0.11 | Packaging |
| PG2099 | Keg Ring - Flamango (BH) | 1,200 | $ | 181.19 | Moving Average | $ | 0.15 | Packaging |
| PG3003 | 12oz Can 1300 Mile IPA (13MILE) | 107,528 | $ | 13,565.93 | Moving Average | $ | 0.13 | Packaging |
| PG3005 | 12oz Can 1300 Mile Blueberry Wheat (13MILE) | 2,205 | $ | 242.59 | Moving Average | $ | 0.11 | Packaging |
| PG3008 | 12 oz Can Citrus City (BH) | 56,794 | $ | 6,097.40 | Moving Average | $ | 0.11 | Packaging |
| PG3009 | 12 oz Can Flamango Wheat (BH) | 47,069 | $ | 5,053.33 | Moving Average | $ | 0.11 | Packaging |
| PG3011 | Carton - 24/12oz SLEEK 4309 - Spiked Vodka Tea (SI) | 1,240 | $ | 1,064.15 | Moving Average | $ | 0.86 | Packaging |
| PG3012 | Carton - 24/12oz SLEEK 4309 - Spiked Malt Tea (SI) | 15,022 | $ | 12,891.55 | Moving Average | $ | 0.86 | Packaging |
| PG3013 | Carton - 6/12oz STD 3999 - Casalu Limon (CAS) | 29,835 | $ | 6,938.62 | Moving Average | $ | 0.23 | Packaging |
| PG3024 | Keg Ring - 1300 Blueberry Wheat (BH) | 250 | $ | 31.92 | Moving Average | $ | 0.13 | Packaging |
| PG3025 | Keg Ring - 1300 Hazy IPA (13MILE) | 166 | $ | 21.19 | Moving Average | $ | 0.13 | Packaging |
| PG3026 | Keg Ring - 1300 Lager (BH) | 190 | $ | 24.26 | Moving Average | $ | 0.13 | Packaging |
| PG3027 | Keg Ring - Trop Hop IPA | 1,681 | $ | 214.64 | Moving Average | $ | 0.13 | Packaging |
| PG3031 | Keg Ring - Florida Sunshine Mango (CCAN) | 1,408 | $ | 179.78 | Moving Average | $ | 0.13 | Packaging |
| PG3032 | Keg Ring - Space Cowboi (CCAN) | 1,355 | $ | 173.01 | Moving Average | $ | 0.13 | Packaging |
| PG3033 | Case Sticker - Alligator Drool IPA (BH) | 3,135 | $ | 269.92 | Moving Average | $ | 0.09 | Packaging |
| PG3035 | Case Sticker - Sea Isle Black Tea Vodka (SI) | 3,000 | $ | 246.69 | Moving Average | $ | 0.08 | Packaging |
| PG3036 | Case Sticker - Sea Isle Black Tea Malt (SI) | 3,000 | $ | 246.69 | Moving Average | $ | 0.08 | Packaging |
| PG3038 | 12 oz Sleeved Can Alligator Drool Lager (BH) | 13,615 | $ | 4,011.41 | Moving Average | $ | 0.29 | Packaging |
| PG3040 | 12 oz Can Limon Rum Printed (CAS) | 4,668 | $ | 533.18 | Moving Average | $ | 0.11 | Packaging |
| PG3041 | 12 oz Can Maracuya Rum Printed (CAS) | 13,226 | $ | 1,510.62 | Moving Average | $ | 0.11 | Packaging |
| PG3042 | Tray - Combo Carton Tray 13 7/8 x 19 1/2 x 0 - 40 ECT - Plain Kraft | 3,730 | $ | 1,076.02 | Moving Average | $ | 0.29 | Packaging |
| PG3044 | 12 oz Ball Can Alligator Drool IPA (BH) | 7,138 | $ | 774.39 | Moving Average | $ | 0.11 | Packaging |
| PG3050 | Case Sticker - Alligator Drool Lager (BH) | 3,782 | $ | 325.63 | Moving Average | $ | 0.09 | Packaging |
| PG3067 | Case Sticker - FL Sunshine Mango Lager (CCAN) | 127 | $ | 24.60 | Moving Average | $ | 0.19 | Packaging |
| PG3068 | Case Sticker - High Stepper (CCAN) | 578 | $ | 249.60 | Moving Average | $ | 0.43 | Packaging |
| PG3069 | Case Sticker - FL Sunsine Lager (CCAN) | 252 | $ | 48.81 | Moving Average | $ | 0.19 | Packaging |
| PG3074 | Carton - 6/12oz STD - 1300 Tropical IPA (13MILE) | 145 | $ | 94.28 | Moving Average | $ | 0.65 | Packaging |
| PG3076 | 12 oz Can 1300 Mile Tropical IPA (13MILE) | 2,615 | $ | 255.47 | Moving Average | $ | 0.10 | Packaging |
| PG3087 | Tray - Kraft, SLEEK Unprinted Hand Erect Trays | 2,184 | $ | 689.42 | Moving Average | $ | 0.32 | Packaging |
| PG3092 | 12 oz Can Sleek Sleeved Cookies Adios MF 10mg (COOK-NA) | 50,683 | $ | 10,643.39 | Moving Average | $ | 0.21 | Packaging |
| PG3093 | 12 oz Can Sleek Sleeved Cookies Georgia Pie 10mg (COOK-NA) | 22,178 | $ | 4,657.30 | Moving Average | $ | 0.21 | Packaging |
| PG3094 | 12 oz Can Sleek Sleeved Cookies Margarita Bar 10mg (COOK-NA) | 20,453 | $ | 4,295.21 | Moving Average | $ | 0.21 | Packaging |
| PG3095 | 12 oz Can Sleek Sleeved Cookies Huckleberry Gelato 10mg (COOK-NA) | 24,194 | $ | 5,080.74 | Moving Average | $ | 0.21 | Packaging |
| PG3096 | 12 oz Can Sleek Sleeved Cookies Lemoncello 10mg (COOK-NA) | 47,303 | $ | 9,933.67 | Moving Average | $ | 0.21 | Packaging |
| PG3097 | 12 oz Can Sleek Sleeved Cookies Miami Mint 10mg (COOK-NA) | 47,726 | $ | 10,022.42 | Moving Average | $ | 0.21 | Packaging |
| PG3098 | Carton - 4/12oz SLEEK Cookies Adios MF 10mg (COOK-NA) | 19,936 | $ | 4,718.00 | Moving Average | $ | 0.24 | Packaging |
| PG3099 | Carton - 4/12oz SLEEK Cookies Georgia Pie 10mg (COOK-NA) | 23,515 | $ | 5,565.28 | Moving Average | $ | 0.24 | Packaging |
| PG3100 | Carton - 4/12oz SLEEK Cookies Marg Bar 10mg (COOK-NA) | 26,878 | $ | 6,359.06 | Moving Average | $ | 0.24 | Packaging |
| PG3101 | Carton - 4/12oz SLEEK Cookies Huckleberry Gelato 10mg (COOK-NA) | 26,003 | $ | 6,152.97 | Moving Average | $ | 0.24 | Packaging |
| PG3102 | Carton - 4/12oz SLEEK Cookies Limoncello 10mg (COOK-NA) | 18,065 | $ | 4,277.90 | Moving Average | $ | 0.24 | Packaging |
| PG3103 | Carton - 4/12oz SLEEK Cookies Miami Mint 10mg (COOK-NA) | 27,509 | $ | 6,508.45 | Moving Average | $ | 0.24 | Packaging |
| PG3108 | 12 oz Can Sleek Sleeved Cookies Adios MF 2.5mg (COOK-NA) | 6,578 | $ | 1,381.38 | Moving Average | $ | 0.21 | Packaging |
| PG3109 | 12 oz Can Sleek Sleeved Cookies Georgia Pie 2.5mg (COOK-NA) | 7,590 | $ | 1,593.90 | Moving Average | $ | 0.21 | Packaging |
| PG3110 | 12 oz Can Sleek Sleeved Cookies Margarita Bar 2.5mg (COOK-NA) | 4,048 | $ | 850.08 | Moving Average | $ | 0.21 | Packaging |
| PG3111 | 12 oz Can Sleek Sleeved Cookies Huckleberry Gelato 2.5mg (COOK-NA) | 5,060 | $ | 1,062.60 | Moving Average | $ | 0.21 | Packaging |
| PG3112 | 12 oz Can Sleek Sleeved Cookies Lemoncello 2.5mg (COOK-NA) | 6,578 | $ | 1,381.38 | Moving Average | $ | 0.21 | Packaging |
| PG3113 | 12 oz Can Sleek Sleeved Cookies Miami Mint 2.5mg (COOK-NA) | 5,566 | $ | 1,168.86 | Moving Average | $ | 0.21 | Packaging |
| PG3114 | Carton - 4/12oz SLEEK Cookies Adios MF 2.5mg (COOK-NA) | 10,233 | $ | 2,403.95 | Moving Average | $ | 0.23 | Packaging |
| PG3115 | Carton - 4/12oz SLEEK Cookies Georgia Pie 2.5mg (COOK-NA) | 10,954 | $ | 2,573.32 | Moving Average | $ | 0.23 | Packaging |
| PG3116 | Carton - 4/12oz SLEEK Cookies Marg Bar 2.5mg (COOK-NA) | 9,968 | $ | 2,341.69 | Moving Average | $ | 0.23 | Packaging |
| PG3117 | Carton - 4/12oz SLEEK Cookies Huckleberry Gelato 2.5mg (COOK-NA) | 12,000 | $ | 2,819.05 | Moving Average | $ | 0.23 | Packaging |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PG3118 | Carton - 4/12oz SLEEK Cookies Limoncello 2.5mg (COOK-NA) | 11,136 | $ | 2,616.08 | Moving Average | $ | 0.23 | Packaging |
| PG3119 | Carton - 4/12oz SLEEK Cookies Miami Mint 2.5mg (COOK-NA) | 12,000 | $ | 2,819.05 | Moving Average | $ | 0.23 | Packaging |
| PG3121 | 12oz Sleek Sleeved Can South Beach- Strawbery Blueberry (SOBE) | 12,144 | $ | 2,550.24 | Moving Average | $ | 0.21 | Packaging |
| PG3122 | 12oz Sleek Sleeved Can South Beach- Watermelon Mint (SOBE) | 12,144 | $ | 2,550.24 | Moving Average | $ | 0.21 | Packaging |
| PG3132 | 12oz Can - 1300 Strawberry IPA Sleeved (13MILE) | 26,841 | $ | 6,044.43 | Moving Average | $ | 0.23 | Packaging |
| RA1005 | Honey - Orange Blossom (lbs) (OBP) | 10 | $ | 37.83 | Moving Average | $ | 3.79 | Raw Materials |
| RA1007 | Mallory's Key Lime Juice (gal) | 3 | $ | 199.33 | Moving Average | $ | 72.48 | Raw Materials |
| RA1015 | Ground Cinnamon (lbs) | 1 | $ | 6.20 | Moving Average | $ | 6.20 | Raw Materials |
| RA1045 | Northwestern Extracts- Strawberry WONF #87.275 (gal) | 21 | $ | 2,151.43 | Moving Average | $ | 104.95 | Raw Materials |
| RA1059 | Northwestern Blueberry WONF #08.235 (gal) | 1 | $ | 69.40 | Moving Average | $ | 99.14 | Raw Materials |
| RA1062 | Grapefruit Peel (lb) | 25 | $ | 171.50 | Moving Average | $ | 6.86 | Raw Materials |
| RA1083 | Nylon Drawstring Bag - Coarse 24x36 | 4 | $ | 62.38 | Moving Average | $ | 15.60 | Raw Materials |
| RA1115 | Sovereign Grapefruit #8850.1 (gal) | 0 | $ | 97.58 | Moving Average | $ | 213.06 | Raw Materials |
| RA1116 | Sovereign Watermelon #19777.1 (gal) | 1 | $ | 86.95 | Moving Average | $ | 164.06 | Raw Materials |
| RA1118 | Sovereign Orange #0273 (gal) | 7 | $ | 962.03 | Moving Average | $ | 144.67 | Raw Materials |
| RA1119 | Sovereign Pineapple #26572.1 (gal) | 1 | $ | 96.89 | Moving Average | $ | 167.05 | Raw Materials |
| RA1122 | Mane - Natural Mango Flavor #F92412 (STJ) (gal) | 0 | $ | 15.85 | Moving Average | $ | 79.25 | Raw Materials |
| RA1124 | Sea Salt (lbs) | 0 | $ | 0.25 | Moving Average | $ | 1.19 | Raw Materials |
| RA1138 | Pineapple Juice Conc. 72 Brix Clarified (gal) | 3 | $ | 121.72 | Moving Average | $ | 37.57 | Raw Materials |
| RA1159 | ADM - Nat Watermelon FL WONF FARP100 (gal) | 10 | $ | 2,509.80 | Moving Average | $ | 263.27 | Raw Materials |
| RA1168 | Florida Chem Co - Nat Blood Orange Extract 91730030 (kg) | 55 | $ | - | Moving Average | $ | - | Raw Materials |
| RA1194 | Amoretti Pink Cotton Candy Extract (oz) | 16 | $ | 91.15 | Moving Average | $ | 5.70 | Raw Materials |
| RA1199 | Amoretti Peppermint Extract (oz) | 2 | $ | 24.64 | Moving Average | $ | 12.32 | Raw Materials |
| RA1201 | Sovereign Blueberry Fl Nat WONF SF-17044.1 (gal) | 6 | $ | 784.88 | Moving Average | $ | 137.70 | Raw Materials |
| RA1217 | ICB Tote (empty tote) | 95 | $ | 27,341.10 | Moving Average | $ | 287.80 | Raw Materials |
| RA1218 | Sovereign Watermelon #0296 (gal) | 0 | $ | 18.85 | Moving Average | $ | 157.08 | Raw Materials |
| RA1219 | Sovereign Dragonfruit #17997.2 (A1) (STJ) (gal) | 4 | $ | 379.05 | Moving Average | $ | 95.00 | Raw Materials |
| RA1225 | Amoretti Red Food Color Water Soluble (lb) | 0 | $ | 12.37 | Moving Average | $ | 61.85 | Raw Materials |
| RA1231 | ADM - Nat Mango FL WONF FARZ318 (gal) | 10 | $ | 3,169.96 | Moving Average | $ | 306.57 | Raw Materials |
| RA1239 | Weber 22-20-0003 Nat Orange WONF (gal) | 1 | $ | 439.51 | Moving Average | $ | 303.11 | Raw Materials |
| RA1243 | Sensient Key Lime Type SN2000042201 (gal) | 18 | $ | 2,409.10 | Moving Average | $ | 132.01 | Raw Materials |
| RA1244 | Sensient Lime Ext SN2000043149 (gal) | 11 | $ | 1,566.24 | Moving Average | $ | 142.03 | Raw Materials |
| RA1245 | Sensient Tequila Nat Type SN2000041216 (gal) | 1 | $ | 86.12 | Moving Average | $ | 162.49 | Raw Materials |
| RA1246 | Sensient Sweet Modifier SN2000039385 (gal) | 12 | $ | 5,650.99 | Moving Average | $ | 462.74 | Raw Materials |
| RA1247 | Sensient Orange Ext SN2000040699 (gal) | 14 | $ | 1,894.92 | Moving Average | $ | 137.31 | Raw Materials |
| RA1250 | Apex Blueberry Flavor #009TTB (gal) | 1 | $ | 197.65 | Moving Average | $ | 176.47 | Raw Materials |
| RA1253 | ADM - Nat Pink Grapefruit FL WONF FASF849 (gal) | 5 | $ | 1,313.16 | Moving Average | $ | 245.68 | Raw Materials |
| RA1255 | ADM - Nat Honey FL WONF FARO454 (gal) | 10 | $ | 1,588.58 | Moving Average | $ | 163.94 | Raw Materials |
| RA1258 | Amoretti Graham Cracker Ext (lbs) | 0 | $ | 75.86 | Moving Average | $ | 153.25 | Raw Materials |
| RA1268 | Amoretti Habanero Extract (lb) | 0 | $ | 64.21 | Moving Average | $ | 131.04 | Raw Materials |
| RA1300 | ADM - Nat Passionfruit FL WONF FARZ314 (gal) | 1 | $ | 168.71 | Moving Average | $ | 140.59 | Raw Materials |
| RA1309 | Araza Lime Juice NFC (gal) | 5 | $ | - | Moving Average | $ | - | Raw Materials |
| RA1313 | Flavorman- Natural Raspberry Lemonade Type Flavor #347902 (gal) | 3 | $ | 452.10 | Moving Average | $ | 159.75 | Raw Materials |
| RA1314 | Flavorman- Natural Grapefruit Flavor WONF #347903 (gal) | 5 | $ | 1,062.43 | Moving Average | $ | 227.99 | Raw Materials |
| RA1315 | Flavorman- Natural Tonic Type Flavor #347908 (gal) | 10 | $ | 3,580.68 | Moving Average | $ | 358.07 | Raw Materials |
| RA1316 | Flavorman- Natural Cranberry Flavor #347909 (gal) | 9 | $ | 1,377.67 | Moving Average | $ | 151.89 | Raw Materials |
| RA1318 | GNT Exberry Shade "Red" #153330 (lbs) | 69 | $ | 702.58 | Moving Average | $ | 10.15 | Raw Materials |
| RA1319 | GNT Exberry Shade "Celestial Yellow" #474503 (lbs) | 84 | $ | 1,002.83 | Moving Average | $ | 11.93 | Raw Materials |
| RA1320 | GNT Exberry Shade "Purple Mist" #18150026 (lbs) | 39 | $ | 479.35 | Moving Average | $ | 12.35 | Raw Materials |
| RA1323 | Sensient Grapefruit WONF SN2000043119 (gal) | 8 | $ | 1,361.40 | Moving Average | $ | 178.22 | Raw Materials |
| RA1324 | Sensient Grape WONF SN3000000878 (gal) | 6 | $ | 2,343.12 | Moving Average | $ | 391.17 | Raw Materials |
| RA1325 | Sensient Ginger Ale Nat SN3000004396 (gal) | 5 | $ | 696.77 | Moving Average | $ | 147.93 | Raw Materials |
| RA1326 | Sensient Wild Berry Red 419398X010A (formally Black Carrot Liq HC Blue Shade) (l | 8 | $ | 116.74 | Moving Average | $ | 13.95 | Raw Materials |
| RA1327 | Sensient Sienna Brown Fruit Juice 043321725 (lbs) | 35 | $ | 213.70 | Moving Average | $ | 6.18 | Raw Materials |
| RA1329 | Sucralose (lbs) | 7 | $ | 299.76 | Moving Average | $ | 41.98 | Raw Materials |
| RA1332 | Amoretti Pumpkin Pie Ext WS (lbs) | 0 | $ | 26.28 | Moving Average | $ | 131.40 | Raw Materials |
| RA1355 | ADM - Nat Mixed Berry Fl WONF FASO206 (STJ) (gal) | 8 | $ | 1,685.81 | Moving Average | $ | 213.39 | Raw Materials |
| RA1357 | Sensient Smoothenol Sweet Modifier SN3000002956 (gal) | 14 | $ | 2,271.67 | Moving Average | $ | 162.89 | Raw Materials |
| RA1358 | Sensient Pineapple Flv Nat Type SN3000007029 (gal) | 2 | $ | 394.29 | Moving Average | $ | 189.74 | Raw Materials |
| RA1359 | Sensient Cranberry Flv Nat WONF SN3000006544 (gal) | 5 | $ | 745.00 | Moving Average | $ | 147.82 | Raw Materials |
| RA1360 | Sensient Pomegranate WONF SN300000253 (gal) | 8 | $ | 719.00 | Moving Average | $ | 94.11 | Raw Materials |
| RA1361 | Cranberry Juice Conc. 50 Brix (gal) | 7 | $ | 1,372.25 | Moving Average | $ | 207.92 | Raw Materials |
| RA1362 | Amoretti Kiwi Extract (oz) | 3 | $ | 73.72 | Moving Average | $ | 28.35 | Raw Materials |
| RA1368 | Amoretti White Peach Extract (lb) | 1 | $ | 187.78 | Moving Average | $ | 170.86 | Raw Materials |
| RA1381 | ADM- Sucralose Powder (lb) | 45 | $ | 1,396.24 | Moving Average | $ | 30.94 | Raw Materials |
| RA1382 | Amoretti Amaretto Extract (gal) | 0 | $ | 136.43 | Moving Average | $ | 981.51 | Raw Materials |
| RA1392 | FFP/ T-Bev Black Tea Extract 4C-011DM TEA1012 (kg) | 31 | $ | 558.26 | Moving Average | $ | 17.80 | Raw Materials |
| RA1393 | ADM Nat Lemonade Fl Type FATN316 (gal) | 8 | $ | 1,013.83 | Moving Average | $ | 130.06 | Raw Materials |
| RA1394 | ADM Nat Raspberry Fl WONF FATN315 (gal) | 21 | $ | 2,962.87 | Moving Average | $ | 144.53 | Raw Materials |
| RA1396 | Northwestern Extracts- Key Lime Extract #03.173 (gal) | 0 | $ | 7.50 | Moving Average | $ | 75.00 | Raw Materials |
| RA1397 | Flavorman- N&A Passionfruit Flavor #2100296 (CAS) (gal) | 2 | $ | 200.67 | Moving Average | $ | 127.17 | Raw Materials |
| RA1399 | Flavorman- N&A Lemon Rum Flavor #1035404 (CAS) (gal) | 1 | $ | 69.99 | Moving Average | $ | 99.99 | Raw Materials |
| RA1400 | Organic Agave Nectar Amber (75 Brix) (gal) | 4 | $ | 72.76 | Moving Average | $ | 19.10 | Raw Materials |
| RA1403 | Amoretti Plum Beverage Infusion (gal) | 0 | $ | 2.74 | Moving Average | $ | 124.55 | Raw Materials |
| RA1409 | ADM Nat Black Tea Flv FASR844 (gal) | 50 | $ | 14,174.84 | Moving Average | $ | 283.50 | Raw Materials |
| RA1410 | ADM- Instant Black Tea N-TR FASR843 (lb) | 41 | $ | 788.72 | Moving Average | $ | 19.12 | Raw Materials |
| RA1411 | Amoretti Orange Craft Puree CP-40 (gal) | 1 | $ | 178.35 | Moving Average | $ | 129.43 | Raw Materials |
| RA1413 | Amoretti Key Lime Craft Puree CP-15 (gal) | 1 | $ | 178.46 | Moving Average | $ | 129.51 | Raw Materials |
| RA1414 | Key Lime Juice Concentrate 400GPL (gal) | 5 | $ | 84.30 | Moving Average | $ | 16.86 | Raw Materials |
| RA1415 | Sovereign Mango Flv SF-30965.1 (gal) | 5 | $ | 601.32 | Moving Average | $ | 126.59 | Raw Materials |
| RA1417 | Amoretti Orange Cream Flav WS (oz) | 2 | $ | 40.63 | Moving Average | $ | 23.90 | Raw Materials |
| RA1421 | Sovereign Fruit Punch 1268.2 (gal) | 2 | $ | 220.00 | Moving Average | $ | 110.00 | Raw Materials |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RA1428 | Sovereign Red Peach SF-51908.1 (gal) | 12 | $ | 1,712.79 | Moving Average | $ | 144.66 | Raw Materials |
| RA1429 | McCormick Red Food Coloring (oz) | 250 | $ | 108.80 | Moving Average | $ | 0.44 | Raw Materials |
| RA1430 | McCormick Yellow Food Coloring (oz) | 16 | $ | 8.97 | Moving Average | $ | 0.56 | Raw Materials |
| RA1434 | Amoretti Natural Lime W.S. Ext #97 (gal) | 4 | $ | 2,974.84 | Moving Average | $ | 743.71 | Raw Materials |
| RA1444 | Sovereign Tropical Punch Flv SF-47295.1 (gal) | 1 | $ | 62.70 | Moving Average | $ | 110.00 | Raw Materials |
| RA1445 | ADM White Rum FARZ321 (CHILL) (gal) | 1 | $ | - | Moving Average | $ | - | Raw Materials |
| RA1446 | ADM Nat Rum FARZ753 (CHILL) (gal) | 1 | $ | - | Moving Average | $ | - | Raw Materials |
| RA1448 | Sovereign Lime FL Ext Nat SF-1742.1 (gal) | 12 | $ | 1,763.07 | Moving Average | $ | 145.71 | Raw Materials |
| RA1458 | Sovereign Chamoy Flavor SF-31096.2 (gal) | 8 | $ | 1,391.25 | Moving Average | $ | 181.15 | Raw Materials |
| RA1459 | Sovereign Margarita Flavor SF-37461.4 (gal) | 21 | $ | 3,735.06 | Moving Average | $ | 178.71 | Raw Materials |
| RA1460 | Sovereign Strawberry Flavor SF-12022.2 (gal) | 10 | $ | 1,149.92 | Moving Average | $ | 116.15 | Raw Materials |
| RA1463 | Sovereign Jalapeno Fl Nat WONF SF-37348.1 (gal) | 6 | $ | 879.29 | Moving Average | $ | 141.36 | Raw Materials |
| RA1465 | Apex Lime Flv (gal) | 2 | $ | 211.63 | Moving Average | $ | 138.48 | Raw Materials |
| RA1466 | Sovereign Margarita Flavor Emulsion Nat Type SF-5027.1 | 8 | $ | 1,228.26 | Moving Average | $ | 149.79 | Raw Materials |
| RA1467 | Sovereign Nat Lemon Sicilian Flavor Extract WONF SF-9528.1 (gal) | 16 | $ | 2,128.10 | Moving Average | $ | 135.55 | Raw Materials |
| RA1468 | Sovereign Nat Lemonade Type Fl SF-4881.7 (gal) | 3 | $ | 465.44 | Moving Average | $ | 161.89 | Raw Materials |
| RA1469 | Sovereign Nat White Peach Flavor Type SF-42065.1 (gal) | 8 | $ | 1,062.15 | Moving Average | $ | 141.62 | Raw Materials |
| RA1470 | Sovereign Raspberry Fl WONF SF-30973.1 (gal) | 8 | $ | 1,208.47 | Moving Average | $ | 143.87 | Raw Materials |
| RA1471 | Sovereign Rum Fl Nat Type SF-32981.2 (gal) | 8 | $ | 1,154.46 | Moving Average | $ | 140.79 | Raw Materials |
| RA1472 | Sovereign Spearmint Fl Nat SF-1167.7 (gal) | 3 | $ | 401.47 | Moving Average | $ | 140.87 | Raw Materials |
| RA1473 | Sovereign Sweet & Sour Fl Nat Type SF-62701.1 (gal) | 9 | $ | 1,366.00 | Moving Average | $ | 145.63 | Raw Materials |
| RA1474 | Sovereign Tea Fl Nat WONF SF-46186.1 (gal) | 5 | $ | 724.25 | Moving Average | $ | 150.89 | Raw Materials |
| RA1477 | Monk Fruit Powder Mogroside V50% (kg) (A1) | 40 | $ | 14,836.96 | Moving Average | $ | 370.92 | Raw Materials |
| RA1478 | Apex Pure Mint 071BEV (gal) | 1 | $ | 133.35 | Moving Average | $ | 133.35 | Raw Materials |
| RA1481 | Sovereign Ginger Ale SF-63344.11 (gal) | 3 | $ | 297.82 | Moving Average | $ | 114.55 | Raw Materials |
| RA1485 | Sovereign Pineapple SF-45125.1 (A1) (PP-NA) (gal) | 0 | $ | 18.90 | Moving Average | $ | 90.00 | Raw Materials |
| RA1486 | Sovereign Lime SF-1118.1 (gal) | 2 | $ | 220.00 | Moving Average | $ | 110.00 | Raw Materials |
| RA1526 | Sovereign Red Peach SF-51908.2 (A1) (GOR) (gal) | 2 | $ | 300.00 | Moving Average | $ | 150.00 | Raw Materials |
| RA1528 | Lorann Oils Peach Flavor (gals) | 3 | $ | - | Moving Average | $ | - | Raw Materials |
| RA1529 | Sovereign Flavors Lemonade SF-21633.1 (gals) | 2 | $ | 252.00 | Moving Average | $ | 126.00 | Raw Materials |
| RA1530 | Sovereign Flavors Strawberry SF-12442.1 (gals) | 3 | $ | 376.20 | Moving Average | $ | 114.00 | Raw Materials |
| RA1531 | Sovereign Flavors Pink Lemonade SF-27183.1 (gals) | 2 | $ | 257.40 | Moving Average | $ | 117.00 | Raw Materials |
| RA1532 | Sovereign Flavors Watermelon SF-41919.1 (gals) | 1 | $ | 118.00 | Moving Average | $ | 118.00 | Raw Materials |
| RA1533 | Sovereign Flavors Dragonfruit SF-29366.3 (gals) | 0 | $ | 25.80 | Moving Average | $ | 129.00 | Raw Materials |
| RA1534 | Sovereign Flavors Strawberry SF-34097.1(gals) | 0 | $ | 14.80 | Moving Average | $ | 74.00 | Raw Materials |
| RA1535 | Sovereign Flavors Black Cherry SF-25441.1 (gals) | 2 | $ | 230.00 | Moving Average | $ | 115.00 | Raw Materials |
| RA1536 | Sovereign Flavors Lime SF-1952.3 (gals) | 4 | $ | 548.00 | Moving Average | $ | 137.00 | Raw Materials |
| RA1537 | Sovereign Flavors Lemon SF-2445.5 (gals) | 2 | $ | 276.00 | Moving Average | $ | 138.00 | Raw Materials |
| RA1538 | Sovereign Flavors Blue Raspberry SF-15064 (gals) | 2 | $ | 260.00 | Moving Average | $ | 130.00 | Raw Materials |
| RC1007 | Lactic Acid (gal) | 5 | $ | 104.54 | Moving Average | $ | 20.90 | Raw Materials |
| RC1008 | Biofine (gal) | 32 | $ | 1,938.98 | Moving Average | $ | 59.94 | Raw Materials |
| RC1052 | Citric Acid (lb) | 214 | $ | 301.51 | Moving Average | $ | 1.41 | Raw Materials |
| RC1058 | Sodium Citrate Dry (lb) | 59 | $ | 229.86 | Moving Average | $ | 3.92 | Raw Materials |
| RC1062 | Ace- K (lb) | 47 | $ | 707.83 | Moving Average | $ | 15.19 | Raw Materials |
| RC1064 | AB Mauri Maurivin PDM (kgs) | 7 | $ | 77.45 | Moving Average | $ | 11.06 | Raw Materials |
| RC1068 | Ascorbic Acid (lb) | 55 | $ | - | Moving Average | $ | - | Raw Materials |
| RH1006 | Amarillo | - | $ | - | Moving Average | $ | - | Raw Materials |
| RH1008 | Bravo | 52 | $ | 167.29 | Moving Average | $ | 3.20 | Raw Materials |
| RH1011 | Cascade | 9 | $ | 26.28 | Moving Average | $ | 2.79 | Raw Materials |
| RH1012 | Cashmere | 44 | $ | 55.84 | Moving Average | $ | 1.27 | Raw Materials |
| RH1013 | Centennial | 19 | $ | 59.24 | Moving Average | $ | 3.12 | Raw Materials |
| RH1015 | Chinook | 221 | $ | 288.81 | Moving Average | $ | 1.31 | Raw Materials |
| RH1016 | Citra Hops | 44 | $ | 346.36 | Moving Average | $ | 7.84 | Raw Materials |
| RH1017 | Cluster | 8 | $ | 11.70 | Moving Average | $ | 1.50 | Raw Materials |
| RH1019 | Columbus | 95 | $ | 269.14 | Moving Average | $ | 2.83 | Raw Materials |
| RH1020 | Comet | 19 | $ | 181.37 | Moving Average | $ | 9.65 | Raw Materials |
| RH1024 | Fuggle | 37 | $ | 48.30 | Moving Average | $ | 1.30 | Raw Materials |
| RH1027 | EKG | 24 | $ | 25.47 | Moving Average | $ | 1.08 | Raw Materials |
| RH1031 | Magnum | 8 | $ | 56.44 | Moving Average | $ | 7.09 | Raw Materials |
| RH1033 | Mosaic | 462 | $ | 4,852.20 | Moving Average | $ | 10.50 | Raw Materials |
| RH1034 | Mt. Hood | 8 | $ | 77.42 | Moving Average | $ | 9.33 | Raw Materials |
| RH1037 | Northern Brewer | 11 | $ | 84.55 | Moving Average | $ | 7.69 | Raw Materials |
| RH1038 | Nugget | 22 | $ | 44.71 | Moving Average | $ | 2.03 | Raw Materials |
| RH1040 | Palisade | 14 | $ | 13.79 | Moving Average | $ | 1.01 | Raw Materials |
| RH1041 | Perle | 60 | $ | 272.07 | Moving Average | $ | 4.50 | Raw Materials |
| RH1042 | Saaz | 40 | $ | 177.19 | Moving Average | $ | 4.42 | Raw Materials |
| RH1044 | Simcoe | 232 | $ | 2,440.10 | Moving Average | $ | 10.52 | Raw Materials |
| RH1046 | Sterling | 89 | $ | 137.93 | Moving Average | $ | 1.54 | Raw Materials |
| RH1047 | Summit | 15 | $ | 159.31 | Moving Average | $ | 10.76 | Raw Materials |
| RH1049 | Tettnang | 8 | $ | 75.80 | Moving Average | $ | 9.59 | Raw Materials |
| RH1053 | Warrior | 17 | $ | 149.40 | Moving Average | $ | 8.89 | Raw Materials |
| RH1054 | Willamette | 65 | $ | 252.92 | Moving Average | $ | 3.87 | Raw Materials |
| RH1063 | Nelson Sauvin | 3 | $ | 18.19 | Moving Average | $ | 6.06 | Raw Materials |
| RH1065 | Galaxy | 22 | $ | 221.41 | Moving Average | $ | 10.06 | Raw Materials |
| rh1067 | Mandarina | 227 | $ | 90.77 | Moving Average | $ | 0.40 | Raw Materials |
| RH1085 | Azacca | 62 | $ | 210.00 | Moving Average | $ | 3.39 | Raw Materials |
| RH1087 | Tradition | 75 | $ | 564.45 | Moving Average | $ | 7.50 | Raw Materials |
| RH1090 | Idaho 7 | 1 | $ | 4.06 | Moving Average | $ | 4.06 | Raw Materials |
| RH1100 | Hallertau Blanc | 8 | $ | 42.05 | Moving Average | $ | 5.00 | Raw Materials |
| RH1102 | El Dorado | 22 | $ | 55.60 | Moving Average | $ | 2.53 | Raw Materials |
| RH1104 | LSKE (UoM=g, comes in 350g cans) | 3,500 | $ | 301.22 | Moving Average | $ | 0.09 | Raw Materials |
| RH1106 | Pacific Jade | 11 | $ | 172.63 | Moving Average | $ | 15.69 | Raw Materials |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RH1109 | Simcoe - CCAN | 11 | $ | 143.00 | Moving Average | $ | 13.00 | Raw Materials |
| RH1113 | Trident | 154 | $ | 110.38 | Moving Average | $ | 0.72 | Raw Materials |
| RH1135 | Zesus | 28 | $ | 96.90 | Moving Average | $ | 3.52 | Raw Materials |
| RH1141 | El Dorado- CCAN | 22 | $ | 267.08 | Moving Average | $ | 12.14 | Raw Materials |
| RH1142 | Helios (lbs) | 10 | $ | 68.30 | Moving Average | $ | 7.17 | Raw Materials |
| RM1007 | GW Vienna | 935 | $ | 598.40 | Moving Average | $ | 0.64 | Raw Materials |
| RM1018 | CM Superior Pilsen | 5,500 | $ | 3,655.01 | Moving Average | $ | 0.66 | Raw Materials |
| RM1020 | CM 2-Row | 26,960 | $ | 10,787.73 | Moving Average | $ | 0.40 | Raw Materials |
| RM1020 | CM 2-Row | - | $ | - | Moving Average | $ | - | Raw Materials |
| RM1025 | Barids Maris Otter Pale Ale Malt | 40 | $ | 38.00 | Moving Average | $ | 0.95 | Raw Materials |
| RM1069 | B Caramel 30 | 400 | $ | 316.24 | Moving Average | $ | 0.79 | Raw Materials |
| RM1071 | B Caramel 60 | 1,300 | $ | 1,437.47 | Moving Average | $ | 1.11 | Raw Materials |
| RM1080 | B Roasted Barley | 46 | $ | 43.70 | Moving Average | $ | 0.95 | Raw Materials |
| RM1084 | B Midnight Wheat | 50 | $ | 61.42 | Moving Average | $ | 1.23 | Raw Materials |
| RM1149 | CAS Château Monastique | 1,430 | $ | 1,264.02 | Moving Average | $ | 0.88 | Raw Materials |
| RM1173 | CRI Color Malt | 55 | $ | - | Moving Average | $ | - | Raw Materials |
| RM1202 | GW Unmalted Wheat | 660 | $ | 415.80 | Moving Average | $ | 0.63 | Raw Materials |
| RM1209 | BZ Red X Malt | 9 | $ | 8.37 | Moving Average | $ | 0.93 | Raw Materials |
| RM1252 | W Pilsner | 275 | $ | 248.05 | Moving Average | $ | 0.90 | Raw Materials |
| RM1261 | W Pale Ale | 550 | $ | 468.60 | Moving Average | $ | 0.85 | Raw Materials |
| RM1303 | Dextrose | 305 | $ | 329.40 | Moving Average | $ | 1.08 | Raw Materials |
| RM1340 | Rice Hulls | 50 | $ | 30.73 | Moving Average | $ | 0.61 | Raw Materials |
| RM1342 | BZ Munich Regular | 40 | $ | 32.01 | Moving Average | $ | 0.80 | Raw Materials |
| RM1343 | CMG Superior Oat Malt | 660 | $ | 554.40 | Moving Average | $ | 0.84 | Raw Materials |
| RM1344 | BZ Caramel Aromatic | - | $ | - | Moving Average | $ | - | Raw Materials |
| RM1350 | CM White Wheat Malt | 1,595 | $ | 1,007.64 | Moving Average | $ | 0.63 | Raw Materials |
| RM1365 | CM Superior Wheat Flakes | 150 | $ | 99.00 | Moving Average | $ | 0.66 | Raw Materials |
| RM13688 | Briess CBW Pilsen Light Dry DME (lbs) | 220 | $ | 429.99 | Moving Average | $ | 1.95 | Raw Materials |
| RM1374 | Riverbend- Hull & Oats (lb) | 250 | $ | 309.32 | Moving Average | $ | 1.24 | Raw Materials |
| RM1375 | CM Superior Flaked Oats | 150 | $ | 112.52 | Moving Average | $ | 0.75 | Raw Materials |
| RM1380 | B American Honey Malt | 150 | $ | 139.50 | Moving Average | $ | 0.93 | Raw Materials |
| RS1237 | Tequila Blanco 110 Proof (wine gal) | 113 | $ | 2,226.34 | Moving Average | $ | 19.63 | Raw Materials |
| RS1244 | Florida Distillers Unaged Caribbean Rum (wine gal) | 100 | $ | 1,330.18 | Moving Average | $ | 13.30 | Raw Materials |
| RS1245 | Ultra Pure- Potato Alcohol 193 Proof (wine gal) | 90 | $ | 1,429.64 | Moving Average | $ | 15.88 | Raw Materials |
| RS1247 | Ultra Pure- OS Tequila Blanco DSS 110 Proof(wine gal) | 2,740 | $ | 24,160.19 | Moving Average | $ | 8.82 | Raw Materials |
| RS1255 | Affect GNS 192 Proof (wg) (AV) | 1,181 | $ | - | Moving Average | $ | - | Raw Materials |
| W1166 | Wort - Phins & Feathers IPA (BH) | 201 | $ | 5,299.58 | Moving Average | $ | 26.37 | Wort |
| W1257 | Wort - High Stepper IPA (CCAN) | - | $ | - | Moving Average | $ | - | Wort |

| | | |
|---|---|---|
| $ | 1,250,239.97 | |
| $ | 4,218.82 | QC Hold |
| $ | - | MaxPack |
| $ | - | Partners |
| $ | 1,254,458.79 | Total |

## Value Conclusions

### Projected Liquidation Values by Asset Class

The chart below displays the Net Orderly Liquidation Value and Net Forced Liquidation Value for the Company's equipment by asset class.

| Asset Classification | Orderly Liquidation Value | | Forced Liquidation Value | |
|---|---|---|---|---|
| | $ | % of Total | $ | % of Total |
| Gross Liquidation Value | | | | |
| Production Equipment | $2,702,000 | 83.6% | $2,171,250 | 83.9% |
| Support Equipment | 529,050 | 16.4% | 415,400 | 16.1% |
| Total: Gross Liquidation Value | $3,231,050 | 100.0% | $2,586,650 | 100.0% |
| Liquidation Expenses | 582,300 | N/A | 233,800 | N/A |
| Net Liquidation Value | $2,648,750 | N/A | $2,352,850 | N/A |

TIGER

# Great Southern Copackers, LLC
## 3900 Frontage Road South, Lakeland, FL 33815
Machinery and Equipment Values
As of July 23, 2025

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | BREW AND FERMENTATION AREA | | | | | | | |
| 1 | 1 | | PRODUCTION EQUIPMENT | | BREW SYSTEM, TO INCLUDE: | | | | G | | $100,000 | $80,000 |
| | | | | 2013 | (1) JACKETED STAINLESS STEEL TANK; | ACCENT STAINLESS STEEL MFG | | 2013-341 | | | | |
| | | | | 2013 | (1) JACKETED STAINLESS STEEL TANK; | ACCENT STAINLESS STEEL MFG | | 2013-340 | | | | |
| | | | | 2013 | (1) JACKETED STAINLESS STEEL TANK, 11,734 L CAP.; | NSI NEWLANDS | WP-100B | 2013-335 | | | | |
| | | | | 2013 | (1) JACKETED STAINLESS STEEL TANK W/ BOTTOM MIXER; | ACCENT STAINLESS STEEL MFG | | 2013-333 | | | | |
| | | | | 2013 | (1) JACKETED STAINLESS STEEL TANK W/ RESIDUE BOTTOM DISCHARGE, 23,382 L CAP.; | NS1 | LT100B | 2013-356 | | | | |
| | | | | 2013 | (1) STAINLESS STEEL TANK, 1,591 L CAP.; | NSI NEWLANDS | HB-400G | 2013-476 | | | | |
| | | | | | (1) DIGITAL OPERATOR CONTROL CONSOLE; | SIEMENS | SIMATIC HMI | | | | | |
| | | | | | (1) MEZZANINE STRUCTURE W/ STAIRWAY AND SAFETY RAILINGS, APPROX. 10' X 40'; | | | | | | | |
| | | | | | (1) CEILING MOUNTED STAINLESS STEEL HOPPER; | | | | | | | |
| | | | | | (1) CEILING MOUNTED TUBULAR DRAG CONVEYOR; | CABLEVEY | | | | | | |
| | | | | | (2) SKID MOUNTED STAINLESS STEEL TANKS, APPROX. 200 GAL., W/ PUMP; | NSI NEWLANDS | | | | | | |
| | | | | 2016 | (1) HEAT EXCHANGER; | AQUA LAVAL | M10-MFG | 30115-72549 | | | | |
| | | | | | (1)TUBULAR DRAG CONVEYOR; | CABLEVEY | 4200 SERIES | 402801 | | | | |
| | | | | 2013 | (1) GRIST MILL; | BUHLER | DBZE 2 | 20 770 025 | | | | |
| | | | | | (1) STAINLESS STEEL DIAPHRAGM PUMP; | | | | | | | |
| | | | | | (2) JACKETED STAINLESS STEEL TANKS, APPROX. 12,000 GAL.; | NSI NEWLANDS | | | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, APPROX. 10,000 GAL. | DCI | | | | | | |
| 2 | 1 | | PRODUCTION EQUIPMENT | | CP3 PILOT SYSTEM, TO INCLUDE: | ACCENT STAINLESS STEEL MFG | DMS250 | 1771IG | G | | $20,000 | $15,000 |
| | | | | | (1) STAINLESS STEEL "GRIST" HOPPER; | | | | | | | |
| | | | | 2013 | (1) STAINLESS STEEL "MASH/LAUTER TUN" STAINLESS STEEL TANK, 2,250 L CAP.; | NSI NEWLANDS | MT10-HL | 2013-366 | | | | |
| | | | | 2013 | (1) STAINLESS STEEL "BREW KETTLE WHIRLPOOL' TANK; | NSI NEWLANDS | BKW-10H | 2013-393 | | | | |
| | | | | 2014 | (1) HEAT EXCHANGER; | ALFA LAVAL | M3 IG | 30115 73477 | | | | |
| | | | | | (-) PUMPS, PIPING, HEAT EXCHANGER, ETC. | | | | | | | |
| 3 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 387 GAL. CAP. | NSI NEWLANDS | 10HL | 2013-359 | G | | $12,500 | $10,000 |
| 4 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 387 GAL. CAP. | NSI NEWLANDS | 10HL | 2013-360 | G | | $12,500 | $10,000 |
| 5 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 387 GAL. CAP. | NSI NEWLANDS | 10HL | 2013-361 | G | | $12,500 | $10,000 |
| 6 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 387 GAL. CAP. | NSI NEWLANDS | 10HL | 2013-358 | G | | $12,500 | $10,000 |
| 7 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 305 GAL. CAP. | NSI NEWLANDS | BT 1-H | 2013-500 | G | | $12,500 | $10,000 |
| 8 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 305 GAL. CAP. | NSI NEWLANDS | BT 1-H | 2013-502 | G | | $12,500 | $10,000 |
| 9 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 305 GAL. CAP. | NSI NEWLANDS | BT 1-H | 2013-499 | G | | $12,500 | $10,000 |
| 10 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 305 GAL. CAP. | NSI NEWLANDS | BT 1-H | 2013-501 | G | | $12,500 | $10,000 |

TIGER

Great Southern Copackers, LLC
3900 Frontage Road South, Lakeland, FL 33815
Machinery and Equipment Values
As of July 23, 2025

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1 | | PRODUCTION EQUIPMENT | | STAINLESS STEEL TANK W/ STAND, APPROX. 2,000 GAL. CAP. | | | | A | | $12,500 | $10,000 |
| 12 | 1 | | PRODUCTION EQUIPMENT | | PORTABLE STAINLESS TANK, BOTTOM DISCHARGE, APPROX. 150 GAL. CAP. | | | | A | | $5,000 | $3,000 |
| 13 | 1 | | PRODUCTION EQUIPMENT | | BOTTLING LINE, TO INCLUDE: | | | | A | | $30,000 | $20,000 |
| | | | | | (1) ACCUMULATION TABLE; | NO LIMITS | | 1001 | | | | |
| | | | | | (1) FILLER, 6 NOZZLES W/ HOOPER, PUMP; | NO LIMITS | | 1017 | | | | |
| | | | | | (1) CAPPER; | NO LIMITS | | 1018 | | | | |
| | | | | | (1) CAP SEALER; | NO LIMITS | | 1019 | | | | |
| | | | | | (1) STAINLESS STEEL LABELER; | | | | | | | |
| | | | | | (1) TABLE TOP CHAIN CONVEYOR W/ GUARD RAILS, THROUGHOUT SYSTEM | | | | | | | |
| 14 | 1 | | PRODUCTION EQUIPMENT | 2020 | AUTOMATIC BOTTLE CAPPER, 6-SPINDLE (NOTE: NOT INSTALLED) | ACASI | TCAP-6-VERT | 2048 | A | | $16,500 | $12,500 |
| 15 | 1 | | PRODUCTION EQUIPMENT | 2006 | JACKETED STAINLESS STEEL TANK, 2,600 L CAP. | SK GROUP | TPK 2600L | 06BB0003727 | A | | $7,500 | $5,000 |
| 16 | 1 | | PRODUCTION EQUIPMENT | 2006 | JACKETED STAINLESS STEEL TANK, 4,200 L CAP. | SK GROUP | TPK 4200L | 06BB0003924 | A | | $7,500 | $5,000 |
| 17 | 1 | | PRODUCTION EQUIPMENT | 2006 | JACKETED STAINLESS STEEL TANK, 2,600 L CAP. | SK GROUP | TPK 2600L | 06BB0003726 | A | | $7,500 | $5,000 |
| 18 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 1,722 L CAP. | NSI NEWLANDS | YT-10BBL | 2013-408 | G | | $5,000 | $3,500 |
| 19 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 1,722 L CAP. | NSI NEWLANDS | YT-10BBL | 2013-407 | G | | $5,000 | $3,500 |
| 20 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 1,722 L CAP. | NSI NEWLANDS | YT-10BBL | 2013-406 | G | | $5,000 | $3,500 |
| 21 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL TANK, 1,722 L CAP. | NSI NEWLANDS | YT-10BBL | 2013-384 | G | | $5,000 | $3,500 |
| 22 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 12,628 GAL. CAP. | NSI NEWLANDS | UT-300B | 2013-267 | G | | $18,500 | $12,500 |
| 23 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2013-264 | G | | $15,500 | $12,500 |
| 24 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2013-265 | G | | $15,500 | $12,500 |
| 25 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2013-264 | G | | $15,500 | $12,500 |
| 26 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2013-265 | G | | $15,500 | $12,500 |
| 27 | 1 | | PRODUCTION EQUIPMENT | 2014 | JACKETED STAINLESS STEEL FERMENTATION TANK, 12,628 GAL. CAP. | NSI NEWLANDS | UT-300B | 2014-026 | G | | $18,500 | $12,500 |
| 28 | 1 | | PRODUCTION EQUIPMENT | 2014 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2014-085 | G | | $15,500 | $12,500 |
| 29 | 1 | | PRODUCTION EQUIPMENT | 2014 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2014-083 | G | | $15,500 | $12,500 |
| 30 | 1 | | PRODUCTION EQUIPMENT | 2014 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2014-082 | G | | $15,500 | $12,500 |
| 31 | 1 | | PRODUCTION EQUIPMENT | 2014 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2014-084 | G | | $15,500 | $12,500 |
| 32 | 1 | | PRODUCTION EQUIPMENT | 2014 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2014-086 | G | | $15,500 | $12,500 |
| 33 | 1 | | PRODUCTION EQUIPMENT | 2014 | JACKETED STAINLESS STEEL FERMENTATION TANK, 8,031 GAL. CAP. | NSI NEWLANDS | UT-200B | 2014-081 | G | | $15,500 | $12,500 |

**Great Southern Copackers, LLC**
3900 Frontage Road South, Lakeland, FL 33815
Machinery and Equipment Values
As of July 23, 2025

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-255 | G | | $7,500 | $5,000 |
| 35 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-257 | G | | $7,500 | $5,000 |
| 36 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-259 | G | | $7,500 | $5,000 |
| 37 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-443 | G | | $7,500 | $5,000 |
| 38 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-445 | G | | $7,500 | $5,000 |
| 39 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-444 | G | | $7,500 | $5,000 |
| 40 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-256 | G | | $7,500 | $5,000 |
| 41 | 1 | | PRODUCTION EQUIPMENT | | JACKETED STAINLESS STEEL FERMENTATION TANK, 4,168 GAL. CAP. | NSI NEWLANDS | UT-100B | 2013-258 | G | | $7,500 | $5,000 |
| 42 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 9,450 GAL. CAP. | MUELLER | 300 BBL F | 18151002702-03 | G | | $12,500 | $10,000 |
| 43 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 6,300 GAL. CAP. | MUELLER | 200 BBL F | 18151002701-02 | G | | $10,000 | $7,500 |
| 44 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 9,450 GAL. CAP. | MUELLER | 300 BBL F | 18151002702-02 | G | | $12,500 | $10,000 |
| 45 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 9,450 GAL. CAP. | MUELLER | 300 BBL F | 18151002702-01 | G | | $12,500 | $10,000 |
| 46 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 9,450 GAL. CAP. | MUELLER | 300 BBL F | 18151002702-04 | G | | $12,500 | $10,000 |
| 47 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 6,300 GAL. CAP. | MUELLER | 200 BBL F | 18151002701-01 | G | | $10,000 | $7,500 |
| 48 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 6,300 GAL. CAP. | MUELLER | 200 BBL F | 18151002701-03 | G | | $10,000 | $7,500 |
| 49 | 1 | | PRODUCTION EQUIPMENT | 2013 | JACKETED STAINLESS STEEL FERMENTATION TANK, 6,300 GAL. CAP. | MUELLER | 200 BBL F | 18151002701-04 | G | | $10,000 | $7,500 |
| 50 | 1 | | PRODUCTION EQUIPMENT | 2014 | DA WATER SYSTEM, TO INCLUDE:<br>(1) JACKETED STAINLESS STEEL TANK, APPROX. 2,000 GAL. CAP.;<br>(1) WATER DEAERATION SYSTEM;<br>(1) HEAT EXCHANGER | DENWEL<br>ALFA LAVAL | DWD-075 10<br>BL3 BFC | 1407-1031<br>30115 76556 | A | | $18,500 | $15,000 |
| 51 | 1 | | PRODUCTION EQUIPMENT | | STAINLESS STEEL TANK, W/ TRI STAND AND BOTTOM DISCHARGE, APPROX. 100 GAL. CAP. | BREWFAB | | | A | | $2,500 | $2,000 |
| 52 | 1 | | PRODUCTION EQUIPMENT | | CLEAN IN PLACE SYSTEM, TO INCLUDE:<br>(3) SKID STAINLESS STEEL TANKS, W/ LIDS, APPROX. 200 GAL. CAP., W/ PUMPING SYSTEM;<br>(1) CAST IRON RECEIVER W/ BELL & GOSSETT MODEL 69CC PUMP, S/N QEA871 SA91039621002 1 | | | | A | | $10,000 | $8,500 |
| 53 | 1 | | PRODUCTION EQUIPMENT | 2011 | STACK SEPARATION SYSTEM W/SIEMENS SIMATIC PANEL TOUCH SCREEN OPERATOR CONSOLE W/ PORTABLE STAINLESS STEEL FILTER | ALFA LAVAL | BREW 301-NXP-S7-OP177B | | A | | $32,500 | $25,000 |
| 54 | 1 | | PRODUCTION EQUIPMENT | | SACK LOADING STATION, TO INCLUDE: | | | | A | | $7,500 | $6,000 |

Exhibits

TIGER

**Great Southern Copackers, LLC**
**3900 Frontage Road South, Lakeland, FL 33815**
Machinery and Equipment Values
As of July 23, 2025

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (2) SACK LOADING STANDS. TOP MOUNTED ELECTRIC CHAIN HOISTS, BOTTOM DISCHARGE, SCALES W/ (2) DIGITAL WEIGHT CONTROL;<br>(1) STAINLESS STEEL TANK;<br>(1)TUBULAR DRAG CONVEYOR | NSI NEWLANDS<br>CABLEVEY<br>PACKAGING | SGH375KG | 2013-394 | | | | |
| 55 | 1 | | PRODUCTION EQUIPMENT | | FILLING LINE, TO INCLUDE: | | | | A | | $50,000 | $40,000 |
| | | | | | (1) DEPALLETIZER, 72" X 96"; | BFT | | | | | | |
| | | | | | (1) TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS & 90° TURN SECTION, APPROX. 31 1/2" X 15'; | UNIPAK | 6000K27918 | 15-8204 | | | | |
| | | | | 2010 | (1) LABELER, 6-HEAD, W/ ALLEN BRADLEY PANELVIEW 700 TOUCH SCREEN OPERATOR CONSOLE; | QUADREL | CG/CLR6/3/MP/30 | C5414 | | | | |
| | | | | | (1) TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS, A | UNIPAK | 6000K27918 | 15-8204 | | | | |
| | | | | | (-) TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS & 90° TURN SECTION, APPROX. 3-1/2" X 40'; | UNIPAK | 6000K27918 | 15-8204 | | | | |
| | | | | 2015 | (1) FULL CONTAINER TESTER; | HEUFT | HBE211176D9 | | | | | |
| | | | | | (1) AIR BLOW OFF SYSTEM W/ (3) AIR BLAST BLOWERS, PUMP, 5 HP; | | | | | | | |
| | | | | | (1) TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS & 90° TURN SECTION, ESTIMATE 6" X 35' | UNIPAK | 6000K27918 | 15-8204 | | | | |
| | | | | | (1) PORTABLE STAINLESS STEEL DIAPHRAGM PUMP | WILDEN | 8 | | | | | |
| 56 | 1 | | PRODUCTION EQUIPMENT | 2022 | LABELER (NOTE: NOT IN USE) | ZHANGJIAGANG MARS PACKAGING MACHINERY | DTB-100 | MP20211216 | A | | $4,250 | $3,500 |
| 57 | 1 | | PRODUCTION EQUIPMENT | 2015 | CAN FILLING LINE, TO INCLUDE: | | | | G | | $500,000 | $400,000 |
| | | | | | (1) THROUGH MEZZANINE DEPALLETIZER W/ (2) HYTROL GRAVITY CONVEYORS, 12" X 10';<br>(1) MEZZANINE, 7' X 30', W/ STAIRWELL & SAFETY RAILS;<br>(1) MEZZANINE MOUNTED TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS, APPROX. 48" X 15' W/ 90° TURN SECTION TO TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS, APPROX. 16" X 5' TO 90° TURN SECTION TO TABLE TOP CHAIN CONVEYOR, DESCENDING 16" TP 3-1/2";<br>(1) MEZZANINE MOUNTED TABLE TOP CHAIN CONVEYOR, 180° TURN SECTION W/ GUARD RAILS, APPROX.3-1/2" X 40' TO 90° TURN SECTION;<br>(1) OVERHEAD TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS & 90° TURN SECTION. APPROX. 3-1/2" X 125';<br>(1) OVERHEAD DESCENDING TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS & 90° TURN SECTION, APPROX. 3-1/2" X 125'; | UNIPAK | WD-8218 | 15-8218 | | | | |
| | | | | | (1) CONTAINER ROTARY FEED SYSTEM; | ENTECH | GATLING GUN | | | | | |
| | | | | | (1) LIQUID NITROGEN DOSING SYSTEM; | VACUUM BARRIER | NITRODOSE SYSTEM | | | | | |
| | | | | | (1) CAN FILLER, 40 HEAD; | KHS | FSM | 15665 | | | | |
| | | | | | (1) TOUCH SCREEN OPERATOR CONSOLE; | ALLEN BRADLEY | PANELVIEW 1500 | | | | | |

**Great Southern Copackers, LLC**
**3900 Frontage Road South, Lakeland, FL 33815**
Machinery and Equipment Values
As of July 23, 2025

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) CAN SEAMER; | ANGELES | 6V | 13538 | | | | |
| | | | | | (1) IN-LINE TUNNEL RINSE OFF; | | | | | | | |
| | | | | | (1) FULL CONTAINER TESTER; | HEUFT | HBE21117609 | | | | | |
| | | | | | (1) TABLE TOP CHAIN CONVEYOR, W/ GUARD RAILS, VARED WIDTHS & 90° TURN SECTIONS , APPROX. 150' | UNIPAK | 6000K2791 & 6E2791-6R37 | 15-8220 & 22-8512 | | | | |
| 58 | 1 | | PRODUCTION EQUIPMENT | | PASTEURIZATION SYSTEM, TO INCLUDE: | | | | G | | $825,000 | $700,000 |
| | | | | | (1) INFEED TABLE TOP CHAIN CONVEYOR, APPROX. 12" X 30'; | UNIPAK | 6E2791-6R37 | 22-8512 | | | | |
| | | | | 2022 | (1) PASS THROUGH CAN PASTEURIZER, APPROX. 8' X 35'; | GC EVANS | P-8066SD | | | | | |
| | | | | | (1) COLD SKID PANEL, 25 PH W/ [2022] AQUA LAVAL MODEL T15-MFG HEAT EXCHANGER, S/N 30126 86828; | | | | | | | |
| | | | | | (1) COLD SKID PANEL, 25 PH W/ [2022] AQUA LAVAL MODEL TS20-MFG HEAT EXCHANGER, S/N 30126 90033; | | | | | | | |
| | | | | | (3) METERING PUMPS; | WALCHEM | | | | | | |
| | | | | 2015 | (1) BOOSTER PUMP W/ JACKETED TANK; | SEVERN TRENT SERVICES | RP-60 | 91950/UP00210 | | | | |
| | | | | | (1) TAKEOFF TABLE TOP CHAIN CONVEYOR, APPROX. 12" & 24" X 90' | UNIPAK | 6E2791-6R37 | 22-8512 | | | | |
| 59 | 1 | | PRODUCTION EQUIPMENT | | CAN PACKAGING EQUIPMENT, (NOTE: LINE DOES NOT INCLUDE A FILLER AND SEAMER, VALUED FOR COMPONENTS). TO INCLUDE: | | | | G | | $325,000 | $265,000 |
| | | | | | (1) TABLE TOP CHAIN CONVEYOR THROUGHOUT CAN PACKAGING LINE, 90° & 180" TURN SECTIONS, VARIED WIDTHS X APPROX. 300'; | UNIPAK | | | | | | |
| | | | | | (2) INLINE CAN INVERTERS; | CARLETON HELICAL TECHNOLOGIES | BMH 1053734 | | | | | |
| | | | | | (1) FULL CONTAINER TESTER; | HEUFT | HBE21117609 | | | | | |
| | | | | | (1) TABLE TOP CHAIN ACCUMULATION CONVEYOR, 36" X 20'; | UNIPAK | | | | | | |
| | | | | | (1) INLINE CAN INVERTER; | CARLETON HELICAL TECHNOLOGIES | BMH 1053633 | | | | | |
| | | | | | (1) HANDLE APPLICATOR FOR CANS; | PAKTECH | CCA600 | CCA600-04-03 | | | | |
| | | | | 2023 | (1) CASE PACKER W/ NORDSON MODEL PROBLUE 15 GLUE APPLICATOR, S/N SA19J57909, W/ EXIT CONVEYOR; | WESTROCK | 1210 | 008 | | | | |
| | | | | | (1) INKJET PRINTER; | KEYENCE | MK-U SERIES | | | | | |
| | | | | | (1) INKJET PRINTER (NOTE: SPARE AND NOT INSTALLED); | KEYENCE | MK-G SERIES | 129G1P948561A0L | | | | |
| | | | | 2023 | (1) CASE PACKER W/ NORDSON MODEL PROBLUE 7 GLUE APPLICATOR; | WESTROCK | TP30 PACKOMATIC | TP19J2354 | | | | |
| | | | | | (1) PORTABLE SKATE WHEEL TAKEOFF CONVEYORS | | | | | | | |
| 60 | 1 | | PRODUCTION EQUIPMENT | | BRIGHT CONTAINER SYSTEM, TO INCLUDE | | | | G | | $125,000 | $95,000 |
| | | | | | (1) SYSTEM CONTROL PANEL W/ TOUCH SCREEN OPERATOR CONSOLE; | ACCENT STAINLESS STEEL MANUFACTURIN | CP-7 | | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 10,711 GAL. CAP.; | NSI NEWLANDS | BT-300B | 2013-301 | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 7,075 GAL. CAP.; | NSI NEWLANDS | BT-200B | 2013-300 | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 3,536 GAL. CAP.; | NSI NEWLANDS | BT-100B | 2013-442 | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 3,536 GAL. CAP.; | NSI NEWLANDS | BT-100B | 2013-297 | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 3,536 GAL. CAP.; | NSI NEWLANDS | BT-100B | 2013-298 | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 3,536 GAL. CAP.; | NSI NEWLANDS | BT-100B | 2013-296 | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 3,536 GAL. CAP.; | NSI NEWLANDS | BT-100B | 2014-190 | | | | |
| | | | | | (1) JACKETED STAINLESS STEEL TANK, 3,536 GAL. CAP.; | NSI NEWLANDS | BT-100B | 2014-189 | | | | |
| | | | | 2013 | (1)JACKETED STAINLESS STEEL TANK, 7,750 GAL. CAP.; | MUELLER | 200 BBL F | 18151002703-01 | | | | |

Exhibits

TIGER

**Great Southern Copackers, LLC**
3900 Frontage Road South, Lakeland, FL 33815
Machinery and Equipment Values
As of July 23, 2025

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2013 | (1)JACKETED STAINLESS STEEL TANK, 7,750 GAL. CAP.; | MUELLER | 200 BBL F | 18151002703-02 | | | | |
| | | | | 2013 | (1)JACKETED STAINLESS STEEL TANK, 11,532 GAL. CAP.; | MUELLER | 300 BBL F | 18151002704-01 | | | | |
| | | | | | (1) STAINLESS STEEL TANK W/ SAND, APPROX. 150 GAL. CAP.; | | | | | | | |
| | | | | | (2) STAINLESS STEEL TANKS MOUNTED ON PORTABLE PLATFORM, APPROX. 150 GAL. CAP.; | | | | | | | |
| | | | | | (1) STAINLESS STEEL CLEAN TANK W/ LID AND PUMP, 25 HP, 50 GAL. CAP.; | | | | | | | |
| | | | | | (1) STAINLESS STEEL DIAPHRAGM PUMP (NOTE: NOT INSTALLED); | | | | | | | |
| | | | | | (1) STAINLESS STEL TANK W/ PUMP | | | | | | | |
| 61 | 1 | | PRODUCTION EQUIPMENT | | KEG FILLING STATION, TO INCLUDE; | | | | A | | $12,000 | $9,500 |
| | | | | | (2) KEG WASHING, SANITIZING, AND FILLING UNITS; | IDD | MINI KEG PLUS 2 | | | | | |
| | | | | | (1) DESCENDING TURNER; | IDD | | | | | | |
| | | | | | (1) GRAVITY ROLLER CONVEYOR; | | | | | | | |
| | | | | | (1) KEG WASHING, SANITIZING, AND FILLING UNIT (NOTE: BEING REBUILT) | | | | | | | |
| 62 | 1 | | SUPPORT EQUIPMENT | | COMPRESSED AIR DELIVERY SYSTEM TO INCLUDE: | THROUGHOUT PLANT | | | G | | $37,500 | $30,000 |
| | | | | 2021 | (1) OIL FREE ROTARY SCREW AIR COMPRESSOR; | ATLAS COPCO | GA45VSD+FF | AP1869735 | | | | |
| | | | | 2021 | (1) OIL FREE ROTARY SCREW AIR COMPRESSOR; | ATLAS COPCO | GA45FF | AP1211912 | | | | |
| | | | | | (2) VERTICAL STEEL COMPRESSED AIR STORAGE TANKS; | | | | | | | |
| | | | | | (1) AIR FILTER | | | | | | | |
| 63 | 1 | | SUPPORT EQUIPMENT | 2021 | NITROGEN GENERATOR | ATLAS COPCO | NGP100+PPM | A0120694 | G | | $30,000 | $25,000 |
| 64 | 1 | | SUPPORT EQUIPMENT | 2021 | BALER | HARMONY | BC82003 | BC82003-0495 | G | | $2,750 | $2,000 |
| 65 | 1 | | SUPPORT EQUIPMENT | | PALLET STRETCH WRAPPER | LANTECH | Q300XT | QX00543812 | A | | $4,750 | $4,000 |
| 66 | 1 | | SUPPORT EQUIPMENT | | CONTENTS OF THREE ROOMS (CHEMICAL ROOM, STORAGE ROOM, MAINTENANCE ROOM) TO INCLUDE: PLASTIC TANKS, SPILL CONTAINERS, WESCO DRUM HANDLER, 2-DOOR STORAGE CABINET FOR FLAMMABLE MATERIALS, EMERGENCY EYEWASH STATIONS, CARTS, HOSE REEL, WIRE SHELF RACK, ENCLOSED WIRE SHELF RACK, (2) DIAPHRAGM PUMPS, SHELVING, BENCH DRILL PRESS, STAINLESS STEEL TABLE, STAINLESS STEEL TABLE W/ TABLE MOUNTED VISE, DOUBLE GRINDER, ARBOR PRESS, PARTS CABINETS, ARC WELDER, OXYGEN/ACETYLENE SET, ETC. | | | | G | | $7,000 | $5,500 |
| 67 | 1 | | SUPPORT EQUIPMENT | | CONTENTS OF LABORATORY TO INCLUDE | | | | G | | $30,000 | $23,500 |
| | | | | | (1) ANALYTICAL BALANCE; | OHAUS | AX423/E | C151200790 | | | | |
| | | | | | (1) UV VIS SPECTROPHOTOMETER; | THERMO SCIENTIFIC | GENSYS G10S UV-VIS | 2L5S069206 | | | | |
| | | | | | (1) FLASK SHAKER; | FISHER SCIENTIFIC | | | | | | |
| | | | | | (1) PH METER W/ STAND & PROBE; | OHAUS | STARTER 3100 | | | | | |
| | | | | | (1) HEATING MANTEL; | VEVOR | 98-II-B 1000ML | 202006282089 | | | | |
| | | | | | (1) REDPOST PASTEURIZATION MONITOR; | PENTAIR | HAFFMANS RPU-353 | | | | | |
| | | | | | (1) MULTIPURPOSE CENTRIFUGE; | SCILOGEX | DM0636 | LT173AD0000008 | | | | |

**Great Southern Copackers, LLC**
**3900 Frontage Road South, Lakeland, FL 33815**
**Machinery and Equipment Values**
**As of July 23, 2025**

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) DENSITY METER W/ ANTON PAAR MODEL CARBO QC ME GAS MEASURING MODULE, S/N 81480999, W/ ANTON PAAR MODEL ALCOCYZER BEER ALCOHOL METER, S/N 81507948, ANTON PAAR MODEL PFD FILING DEVICE, S/N 81506156; | ANTON PAAR | DMA4500M | 81450633 | | | | |
| | | | | | (1) SEAM SAW; | CMC-KUHNKE | AGS-2300--115V | 14-0880-14101477 | | | | |
| | | | | | (1) BENCH FLOW HOOD; | AIR SCIENCE | | | | | | |
| | | | | 2014 | (1) GENERAL PROTOCOL LARGE CAPACITY INCUBATOR; | THERMO SCIENTIFIC | HERATHERM IGS750 | 41610646 | | | | |
| | | | | 2013 | (1) TWO DOOR REACH IN COOLER; | FRIDGCON | F-49R | F-49R13091694019 | | | | |
| | | | | | (1) UPRIGHT REFRIGERATOR/FREEZER; | ELECTROLUX/FRIGIDAIRE | FFHT1817LSA | BA41203280 | | | | |
| | | | | | (1) STEREO MICROSCOPE W/ STAGE & (4) OBJECTIVES; | NIKON | ECLIPSE E100LEO MVR | 726827 | | | | |
| | | | | | (1) KEGERATOR BEER DISPENSER; | | | | | | | |
| | | | | | (-) SHAKERS, BATHS, BENCH TOP REFRIGERATOR, ETC. | | | | | | | |
| 68 | 6 | | PRODUCTION EQUIPMENT | | PUMPS, APPROX. 5-10 HP | | | | A | | $6,000 | $4,500 |
| 69 | 1 | | PRODUCTION EQUIPMENT | | LOT OF EQUIPMENT NOT INSTALLED AT TIME OF INSPECTION, TO INCLUDE; | | | | A | | $19,500 | $16,250 |
| | | | | | (1) CARTON TAPER; | | | | | | | |
| | | | | | (1) BOILER; | SUSSMAN | ES100 | N6-18428-R04 | | | | |
| | | | | | (1) STAINLESS STEEL TANK; | | | | | | | |
| | | | | | (1) COMMERCIAL GLASSWASHER; | PERLICK | PKC24 | | | | | |
| | | | | 2016 | (1) KEG FILLER; | FREMAX | F-1-KEYKEG 34/45 | 16-11202 | | | | |
| | | | | 2020 | (1) WRAP AROUND CARTONING MACHINE W/ NORDSON GLUE APPLICATOR, /N SA21C06762; | ECONOCORP | SPARTAN WRAP/TRAY 11703 | 11067B | | | | |
| | | | | | (1) BAG-IN-BOX FILLER; | HARTNESS | 2200 | | | | | |
| | | | | | (1) ASSORTED CONVEYOR SECTIONS NOT INSTALLED AT TIME OF INSPECTION | | | | | | | |
| 70 | 1 | | SUPPORT EQUIPMENT | | LOT OF MISCELLANEOUS ASSETS THROUGHOUT PLANT, TO INCLUDE: WIRE SHELF RACKS, ENCLOSED WIRE SHEFF RACKS, SAFETY LADDERS, ALUMINUM STEP LADDERS, CARTS, PALLET TRUCKS, HOSE REELS, PLASTIC TUBS, PALLET RACKING, SHELVING, DRUM FANS, STAINLESS STEEL TABLES, HAND TRUCK, WIRE FENCE ENCLOSURE, APPROX. 10' X 10', FORKLIFT EXTENSION, PLASTIC SELF DUMPING TRASH HOPPERS, 2-DOOR STORAGE CABINETS, WALK BEHIND STACKER, FLOOR PLATFORM SCALE, 48" X 48" W/ WALL MOUNTED DIGITAL WEIGHT CONTROL, ETC. | | | | A | | $4,000 | $3,000 |
| | | | | | | **OUTSIDE** | | | | | | |
| 71 | 1 | | PRODUCTION EQUIPMENT | | JACKETED STATELESS STEEL TANK, 15,000 GAL. CAP. | | | | D | | $28,500 | $20,000 |
| 72 | 1 | | PRODUCTION EQUIPMENT | 2007 | JACKETED STATELESS STEEL TANK, 15,000 GAL. CAP. | MUELLER | | | A | | $28,500 | $20,000 |
| 73 | 2 | | PRODUCTION EQUIPMENT | | PLASTIC TANKS, APPROX. 1,000 GAL. CAP. | | | | A | | $1,500 | $1,000 |
| 74 | 1 | | PRODUCTION EQUIPMENT | | PLASTIC TANK, W/ STAND APPROX 1,500 GAL. CAP. | | | | A | | $750 | $500 |
| 75 | 1 | | PRODUCTION EQUIPMENT | 2013 | VERTICAL STEEL CARBON DIOXIDE TANK, 26 TONS, W/ AIRGAS BULK ASSET MONITOR | TOMCO | | 13509 | A | | $6,500 | $5,000 |

Exhibits

TIGER

**Great Southern Copackers, LLC**
3900 Frontage Road South, Lakeland, FL 33815
Machinery and Equipment Values
As of July 23, 2025

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | 1 | | SUPPORT EQUIPMENT | | CHILLED WATER DELIVERY SYSTEM, TO INCLUDE: | | | | A | | $135,000 | $109,500 |
| | | | | | (1) GLYCOL CHILLER; | PRO | NAC-55-G | E13H00659893002004 | | | | |
| | | | | | (1) GLYCOL CHILLER; | PRO | NAC-55-G | E13H00698711002001 | | | | |
| | | | | | (1) GLYCOL CHILLER | PRO | NAC-55-G | E13H00639893002002 | | | | |
| 77 | | | PRODUCTION EQUIPMENT | | MATERIAL DELIVERY AND TANK AWAY SYSTEM, TO INCLUDE: | | | | A | | $30,000 | $25,000 |
| | | | | | (2) VERTICAL STEEL TANKS W/ CABLEVEY MODEL 4200 SERIES TUBULAR DRAG CONVEYOR, S/N 402800 (2014); FILTERS, PUMPS, ETC.; | MERIDIAN | | 6720140255505 & 6720140255507 | | | | |
| | | | | | (1) VERTICAL STEEL TANK MOUNTED ON METAL STAND, W/ SIDE LADDER | MERIDIAN | | | | | | |
| 78 | 1 | | SUPPORT EQUIPMENT | | BACKUP GENERATOR | KOHLER | 200REOZJF | SGM329W7N | A | | $20,000 | $15,000 |
| 79 | 1 | | SUPPORT EQUIPMENT | 2022 | AIR COOLED VARIABLE SPEED DRIVE SCREW CHILLER | YORK | YLAA0155SE | B2012G27639322 | G | | $60,000 | $45,000 |
| 80 | 1 | | SUPPORT EQUIPMENT | | AIR COOLED LIQUID CHILLER, 100 TON, (EST: 2022) | CARRIER | 30RBF06062-0GW23 | 5019Q90213 | G | | $25,000 | $17,500 |
| 81 | | | SUPPORT EQUIPMENT | | STEAM DELIVERY SYSTEM TO INCLUDE: | | | | G | | $110,000 | $85,000 |
| | | | | 2022 | (1) STEAM BOILER, 150 HP, 5,908,000 BTU/HR; | MIURA | LX-150SG-07 | 242951 | | | | |
| | | | | 2017 | (1) STEAM BOILER, 150 HP, 5,908,000 BTU/HR | MIURA | LX-150 | 47S453516 | | | | |
| | | | | | (1) CONTROL SYSTEM; | | | | | | | |
| | | | | | (1) FEED WATER TANK | | | | | | | |
| | | | | | WAREHOUSE - 3900 FRONTAGE ROAD SOUTH | | | | | | | |
| 82 | 1 | | SUPPORT EQUIPMENT | | PALLET STRETCH WRAPPER | LANTECH | Q300XT | | A | | $4,750 | $4,000 |
| 83 | 1 | | SUPPORT EQUIPMENT | 2023 | ELECTRIC PALLET POSITIONER | ULINE | H-8935 | 23Y3577768-1 | G | | $750 | $500 |
| 84 | 24 | | SUPPORT EQUIPMENT | | LOT OF MISCELLANEOUS ASSETS TO INCLUDE: SECTIONS OF PALLET RACKING (NOTE: 12 SECTIONS BEING INSTALLED), PALLET TRUCK, SHOP VACUUM, ETC. | | | | G | | $3,000 | $2,500 |
| | | | | | ROLLING STOCK | | | | | | | |
| 85 | 1 | | SUPPORT EQUIPMENT | | ELECTRIC PERSONNEL SCISSOR LIFT WORK PLATFORM | AICHI | SV2632C | | A | | $1,500 | $1,250 |
| 86 | | | SUPPORT EQUIPMENT | | ELECTRIC WALK BEHIND PALLET TRUCK | CROWN | ST3000-25 | 10261102 | G | | $3,750 | $3,000 |
| 87 | | | SUPPORT EQUIPMENT | | ELECTRIC STAND UP COUNTERBALANCE FORKLIFT TRUCK | CROWN | RC5545-40 | 1A435959 | A | | $3,750 | $3,000 |
| 88 | | | SUPPORT EQUIPMENT | | ELECTRIC SIT DOWN RIDING FORKLIFT TRUCK | CROWN | 4500 SERIES | 9A189359 | A | | $1,250 | $1,000 |
| 89 | | | SUPPORT EQUIPMENT | | ELECTRIC WALK BEHIND FLOOR SCRUBBER | TENNANT | T5 | | G | | $600 | $500 |
| 90 | | | SUPPORT EQUIPMENT | | ELECTRIC WALK BEHIND PALLET TRUCK | CROWN | WP3235-45 | 10555007 | G | | $250 | $200 |
| 91 | | | SUPPORT EQUIPMENT | | ELECTRIC WALK BEHIND STACKER | CROWN | 3000 SERIES | 5A507146 | G | | $1,750 | $1,500 |
| 92 | | | SUPPORT EQUIPMENT | | ELECTRIC STAND UP COUNTERBALANCE FORKLIFT TRUCK | CROWN | RC5545-40 | 1A550201 | G | | $3,750 | $3,000 |
| 93 | | | SUPPORT EQUIPMENT | | ELECTRIC WALK BEHIND PALLET TRUCK | CROWN | WP3235-45 | 10555177 | G | | $250 | $200 |
| 94 | | | SUPPORT EQUIPMENT | | ELECTRIC PERSONNEL/WORK TRUCK | CUSHMAN | TITAN | | A | | $950 | $750 |

## Great Southern Copackers, LLC

3900 Frontage Road South, Lakeland, FL 33815

**Machinery and Equipment Values**

**As of July 23, 2025**

| Item | Qty | Asset ID | Asset Class | Year | Description | Manufacturer | Model Number | Serial Number | Condition | Notes | Orderly Liquidation Value | Forced Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | | | SUPPORT EQUIPMENT | | ELECTRIC WALK BEHIND STACKER | CROWN | 3000 SERIES | 5A517228 | G | | $1,750 | $1,500 |
| 96 | | | SUPPORT EQUIPMENT | | EQUIPMENT LOCATED IN PUB;<br><br>(-) KEGERATOR, STAINLESS STEEL SINK UNITS, COOLERS, STAILLESS STEEL PREP TABLES, GLASS WASHER, UNDER COUNTER BAR REFRIGERATORS, 3-DOOR REFRIGERATOR, TABLES, BAR STOOLS, WALK IN COOLER, ICE MACHINE, ULTRASPEC 2-DOOR COOLER, ETC. | | | | A | | $35,000 | $27,500 |
| TOTAL | | | | | | | | | | | $3,231,050 | $2,586,650 |



[2022] GC EVANS P-8066SD
PASS THROUGH CAN PASTEURIZER



KHS FSM CAN FILLER,
PART OF CAN FILLING LINE



[2022] YORK YLAA0155SE
CHILLER



[2011] ALFA LAVAL BREW 301-NXP-S7-OP177B
STACK SEPARATION SYSTEM



VIEW OF [2013] NSI NEWLANDS 10HL
JACKETED STAINLESS STEEL TANKS



IDD KEG WASHING STATIONS

**Fill in this information to identify the case:**

Debtor name **Great Southern Copackers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-07442**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Climate First Bank | $1,779,832.50 | $4,614,617.10 |
| 2.2 RSMG, Inc. | $81,803.93 | Unknown |

**2.1 Climate First Bank**
Creditor's Name

**182 37th Ave. N**
**Saint Petersburg, FL 33704**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/28/2025**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**UCC-1 Blanket Lien on All Business Assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**2.2 RSMG, Inc.**
Creditor's Name

**210 N. Tubb St.**
**#1101**
**Oakland, FL 34760**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**UCC-1 Blanket Lien on All Business Assets**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,861,636.43**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Great Southern Copackers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-07442**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**Bankruptcy Unit**<br>**Post Office Box 6668**<br>**Tallahassee, FL 32314-6668**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Date or dates debt was incurred<br><br>Basis for the claim: **Taxes**<br><br>Last 4 digits of account number<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **Unknown** | **Unknown** |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Date or dates debt was incurred<br><br>Basis for the claim: **Taxes**<br><br>Last 4 digits of account number<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | **Unknown** | **Unknown** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

| 3.1 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Accord Carton**<br>**6155 W. 115th Street**<br>**Alsip, IL 60803**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$15,949.40**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.2 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**AEC Gap Capital**<br>**One Metrotech Center**<br>**Brooklyn, NY 11201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$144,281.27**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Business Loan<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.3 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**AFCO**<br>**5121 Coffey Avenue**<br>**Chambersburg, PA 17201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$8,333.15**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.4 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**AirGas USA LLC**<br>**PO Box 734672**<br>**Dallas, TX 75373**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$12,098.18**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.5 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**AllBev LLC**<br>**1901 FM 546**<br>**Suite 200**<br>**McKinney, TX 75069**<br>**Date(s) debt was incurred** 09/10/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Equipment Lien<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.6 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Apex Flavors Inc.**<br>**1371 Brass Mill Road**<br>**Ste. A.**<br>**Belcamp, MD 21017**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$3,224.11**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.7 | |
|---|---|
| **Nonpriority creditor's name and mailing address**<br>**Applied Industrial Technologies**<br>**2755 US Highway 92 E**<br>**Lakeland, FL 33801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$3,529.91**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Vendor<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **Great Southern Copackers LLC** (Name) Case number (if known) **8:26-bk-07442**

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.8 | **Applied Products, Inc.**<br>**6035 Baker Road**<br>**Minnetonka, MN 55345**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,270.66** |
| 3.9 | **Apura Ingredients Inc.**<br>**10470 W. Cheyenne Ave.**<br>**Ste 115-403**<br>**Las Vegas, NV 89129**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$52,432.98** |
| 3.10 | **Assured Partners of Missouri LLC**<br>**12645 Olive Blvd.**<br>**Saint Louis, MO 63141**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$958.50** |
| 3.11 | **BevPak, LLC**<br>**2283 Whitby Road**<br>**Chesterfield, MO 63017**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$19,954.90** |
| 3.12 | **BFG Corporation**<br>**2801 Lakeside Drive**<br>**Suite 212**<br>**Deerfield, IL 60015**<br>Date(s) debt was incurred 11/07/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Equipment Lien<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.13 | **BSG Craft Brewing**<br>**PO Box 74769**<br>**Chicago, IL 60694**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,743.92** |
| 3.14 | **Byline Financial Group**<br>**2801 Lakeside Dr.**<br>**Suite 212**<br>**Deerfield, IL 60015**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,442.95** |

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

**3.15** **Nonpriority creditor's name and mailing address**
**Byrne PR**
**4337 Manchester Ave.**
**Saint Louis, MO 63110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,637.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**Cablevey Conveyors**
**2397 Hwy 23**
**Oskaloosa, IA 52577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,760.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Carrier Rental Systems**
**5900 Northwoods Business Parkway**
**Suite B**
**Charlotte, NC 28269**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,373.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**CINTAS**
**PO Box 631025**
**Cincinnati, OH 45263**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,810.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**City of Lakeland**
**228 S Massachusetts Ave.**
**Lakeland, FL 33801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$875.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**City of Lakeland Business**
**228 S. Massachusetts Ave.**
**Lakeland, FL 33801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,621.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**Comprehensive Energy Services In**
**777 Bennett Drive**
**Longwood, FL 32750**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,475.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

**3.22** **Nonpriority creditor's name and mailing address**
**Corporation Service Company**
**PO Box 2576**
**Springfield, IL 62708**
**Date(s) debt was incurred** 06/03/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**Corporation Service Company**
**PO Box 2576**
**Springfield, IL 62708**
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**Coyote Logistics**
**PO Box 742636**
**Atlanta, GA 30374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,307.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.25** **Nonpriority creditor's name and mailing address**
**Crown Credit Company**
**40 S Washington St.**
**New Bremen, OH 45869**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Crown Lift Trucks**
**PO Box 641173**
**Cincinnati, OH 45264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$974.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**CT Corporation System**
**330 N Brand Blvd.**
**Suite 700**
**Glendale, CA 91203**
**Date(s) debt was incurred** 04/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Business Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Data Integrity**
**2310 Lakeland Hills Blvd.**
**Lakeland, FL 33805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,994.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

**3.29** **Nonpriority creditor's name and mailing address**
**Depco Pump Company**
**PO Box 6820**
**Clearwater, FL 33758**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,524.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**Ecolab Inc.**
**PO Box 32027**
**New York, NY 10067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,026.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**EcoLab Pest Elimination Services**
**26252 Network Place**
**Chicago, IL 60673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$638.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Evergreen Sweetners Inc.**
**4000 Hollywood Blvd.**
**Suite 520-N**
**Hollywood, FL 33021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
**Faison Group**
**6424 NW 5th Way**
**Fort Lauderdale, FL 33309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,007.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.34** **Nonpriority creditor's name and mailing address**
**Florida Natural Gas**
**PO Box 934726**
**Atlanta, GA 31193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,062.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Growers Grape Juice Company**
**112 North Portage Street**
**Westfield, NY 14787**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,069.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**

Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.36 | **ICP Owner Association**<br>**4100 Frontage Rd S**<br>**Lakeland, FL 33815**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,563.36** |
| 3.37 | **Impact Fire Services LLC**<br>**1 Chisholm Trail Road**<br>**Suite 330**<br>**Stonewall, TX 78671**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$735.00** |
| 3.38 | **Interstate Commerce Park Eight**<br>**4100 S. Frontage Road**<br>**Lakeland, FL 33815**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,973.01** |
| 3.39 | **Interstate Commerce Park One**<br>**4100 S. Frontage Rd.**<br>**Suite 101**<br>**Lakeland, FL 33815**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$43,592.52** |
| 3.40 | **IronClad Consulting Services LLC**<br>**12916 Meridian Park Blvd.**<br>**Austin, TX 78739**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,753.60** |
| 3.41 | **Kamps Inc.**<br>**2900 Peach Ridge NW**<br>**Grand Rapids, MI 49534**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,869.58** |
| 3.42 | **Keg Logistics Holdings LLC**<br>**9110 E Nichols Ave.**<br>**Suite 105**<br>**Englewood, CO 80112**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,874.00** |

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

**3.43** **Nonpriority creditor's name and mailing address**
**Lakeland Electric**
**501 E Lemon Street**
**Lakeland, FL 33801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1858

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,115.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
**Lakeland Electric**
**501 E Lemon Street**
**Lakeland, FL 33801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7868

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,477.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
**Lakeland Electric**
**501 E Lemon Street**
**Lakeland, FL 33801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4011

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,825.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**
**Lakeland Industrial 1 LLC**
**c/o Laurence Legal**
**215 N. Federal Highway**
**Dania Beach, FL 33004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$364,118.70**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Lease Agreement
Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**Lakeland Waste Water**
**501 E Lemon Street**
**Lakeland, FL 33801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2345

**As of the petition filing date, the claim is:** *Check all that apply.* **$155,124.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilties
Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**Landshark Logistics, LLC**
**2042 Creekbend Dr.**
**Lakeland, FL 33811**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,205.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
**Max Park**
**2550 Knights Station Rd.**
**Lakeland, FL 33810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,967.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

**3.50** **Nonpriority creditor's name and mailing address**
**Milura America Co. LTD.**
**2200 Steven B Smith Blvd.**
**Rockmart, GA 30153**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,485.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
**Modern Canna Laboratories**
**4705 Old Road 37**
**Lakeland, FL 33813**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,417.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
**Nordson**
**28601 Clemens Rd.**
**Westlake, OH 44145**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,391.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**
**NSite Engineering**
**4636 Medulla Rd.**
**Lakeland, FL 33811**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,416.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
**On Target Staffing LLC**
**2050 Rt. 27**
**Suite 103**
**North Brunswick, NJ 08902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$142,630.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
**Optimum Water Solutions, Inc.**
**PO Box 349**
**Franklin, IN 46131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$564.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
**Preferred Solutions USA**
**417 West Park Avenue**
**Edgewater, FL 32132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,992.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

3.57 **Nonpriority creditor's name and mailing address**
**Pro-Refridgeration**
**326 8th St. SW**
**Auburn, WA 98001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,493.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**Ramcon LLC**
**5902 Breckenridge Parkway**
**Tampa, FL 33610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$851.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Republic Services**
**3820 Main Ave.**
**Lakeland, FL 33801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,157.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
**Sea Isle Spiked Iced Tea, LLC**
**c/o South Florida Law PLLC**
**1920 E. Hallandale Beach Blvd.**
**Suite 702**
**Hallandale, FL 33009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100,000.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Business Contract
Is the claim subject to offset? ■ No ☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
**Separation Equipment Company**
**PO Box 1560**
**Brandon, FL 33509**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,334.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
**Sovereign Flavors Inc.**
**4030 W Chandler Ave.**
**Santa Ana, CA 92704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$145,172.93**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
**Spectrum Packaging Corp.**
**3640 Princeton Oaks St.**
**Orlando, FL 32808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,890.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**

Name

**3.64** Nonpriority creditor's name and mailing address

**Summit Fire & Security**
**9220 Palm River Road**
**Suite 103**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$652.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**3.65** Nonpriority creditor's name and mailing address

**Suncoast Electric Motor Service**
**2502 East 5th Ave.**
**Tampa, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,171.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**3.66** Nonpriority creditor's name and mailing address

**The Pipette Solution**
**1170 Tree Swallow Drive**
**Ste 380**
**Winter Springs, FL 32708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$225.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**3.67** Nonpriority creditor's name and mailing address

**The Tides Commodity Trading Gr.**
**PO Box 2323**
**Mount Pleasant, SC 29465**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$30,323.10**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**3.68** Nonpriority creditor's name and mailing address

**The Yucaipa Companies, LLC**
**9130 West Sunset Blvd.**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

**3.69** Nonpriority creditor's name and mailing address

**TQL**
**P.O. Box 634558**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$399.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**3.70** Nonpriority creditor's name and mailing address

**UPS**
**55 Glenlake Pkwy NE**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$121.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**

Name

3.71 **Nonpriority creditor's name and mailing address**

**US Bank Equipment Finance**
**1310 Madrid St.**
**Marshall, MN 56258**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**

**VIP Vermont Information Processi**
**402 Watertower Circle**
**Colchester, VT 05446**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,958.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**

**VWR International LLC**
**PO Box 640169**
**Pittsburgh, PA 15264**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,780.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**

**White Labs, Inc.**
**9495 Candida St.**
**San Diego, CA 92126**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,859.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**

**Wildpack Beverage**
**1301 Edison Hwy**
**A2**
**Baltimore, MD 21213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110,920.32**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**

**Zumbiel Packaging**
**2100 Gateway Blvd.**
**Hebron, KY 41048**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$94,576.28**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor **Great Southern Copackers LLC** Case number (if known) **8:26-bk-07442**
Name

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ **1,853,361.36** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,853,361.36** |

**Fill in this information to identify the case:**

Debtor name **Great Southern Copackers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-07442**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Warehouse Facility Located at: 3900 Frontage Rd. S, Lakeland, FL 33815** | **Lakeland Industrial**<br>**c/o The Becker Organization**<br>**24 Church Street**<br>**Montclair, NJ 07042** |
| State the term remaining | **60 Days** | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Great Southern Copackers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-07442**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brew Hub, LLC** | **3900 Frontage Rd. S<br>Lakeland, FL 33815** | **Sea Isle Spiked Iced Tea, LLC** | ☐ D<br>■ E/F **3.60**<br>☐ G |
| 2.2 | **Great Southern Beverages** | **3900 Frontage Rd. S<br>Lakeland, FL 33815** | **Sea Isle Spiked Iced Tea, LLC** | ☐ D<br>■ E/F **3.60**<br>☐ G |
| 2.3 | **Jeremy Roberts** | **3900 Frontage Rd. S<br>Lakeland, FL 33815** | **Climate First Bank** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.4 | **Jeremy Roberts** | **3900 Frontage Rd. S<br>Lakeland, FL 33815** | **Crown Credit Company** | ☐ D<br>■ E/F **3.25**<br>☐ G |
| 2.5 | **Lakeland Industrial 2, LLC** | **215 N. Federal Highway<br>Dania, FL 33004** | **Lakeland Industrial 1 LLC** | ☐ D<br>■ E/F **3.46**<br>☐ G |

Debtor **Great Southern Copackers LLC** Case number *(if known)* **8:26-bk-07442**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Lakeland Industrial 3 LLC** | **215 N. Federal Highway Dania, FL 33004** | **Lakeland Industrial 1 LLC** | ☐ D<br>■ E/F **3.46**<br>☐ G |
| 2.7 | **Lakeland Industrial 4 LLC** | **215 N. Federal Highway Dania, FL 33004** | **Lakeland Industrial 1 LLC** | ☐ D<br>■ E/F **3.46**<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Great Southern Copackers LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:26-bk-07442**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$1,250,309.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Breakout Capital** | **06/20/2026-0<br>8/20/2026** | **$77,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor **Great Southern Copackers LLC** Case number *(if known)* **8:26-bk-07442**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **AEC Gap Capital**<br>**One Metrotech Center**<br>**Brooklyn, NY 11201** | **06/20/2026-0 8/20/2026** | **$125,718.75** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lakeland Industrial 1 LLC, Lakeland Industrial 2 LLC, Lakeland Industrial 3 LLC, and Lakeland Industrial 4 LLC vs. Great Southern Copackers LLC**<br>**2026-CC-006543** | **Eviction** | **Polk County Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Sea Isle Spiked Iced Tea, LLC vs. Brew Hub, LLC and Great Southern Copackers, LLC d/b/a Great Southern Beverages**<br>**2025-CA-003844** | **Collection** | **Polk County Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **Great Southern Copackers LLC** Case number *(if known)* **8:26-bk-07442**

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Latham, Luna, Eden & Beaudine LLP**<br>**201 S. Orange Ave.**<br>**Suite 1400**<br>**Orlando, FL 32801** | | **08/19/2026** | **$51,738.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

Debtor **Great Southern Copackers LLC** Case number *(if known)* **8:26-bk-07442**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Kim Maier**<br>**2229 Woodlawn Cir.**<br>**Melbourne, FL 32934** | **05/2025-06/2026** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Climate First Bank**<br>**182 37th Ave. N**<br>**Saint Petersburg, FL 33704** |
| 26d.2. **AEC Gap Capital**<br>**One Metrotech Center**<br>**Brooklyn, NY 11201** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeremy Roberts** | **3900 Frontage Rd. S**<br>**Lakeland, FL 33815** | **Sole Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **Great Southern Copackers LLC** Case number *(if known)* **8:26-bk-07442**

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/17/2026

Signature of individual signing on behalf of the debtor

**Jeremy Roberts**
Printed name

Position or relationship to debtor **Sole Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes